UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
——— x ——— x ——— x ——— x ——— x

CARLOS ABREU
# 99A3027

— PLAINTIFF —

UNITED STATES DISTRICT COURT
FILED
MAR 18 2015
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

— AGAINST —

PRISONER CIVIL
Right COMPLAINT
42 U.S.C. § 1983

ROBERT HAMILTON;
JAN SZABLICK ;
JEFFREY MAYER,
BENJAMIN WILSON.
PATRICK CONNOLLY,
KAREN CROWLEY,
BRIAN FREEMAN ;
MICHAEL A. HILL,
JOEL GRODE,
PAUL REID ;
MARGARET STIRK,
DIANE TOPOREK
LARRY WYZYKOWSKI,
DANYELLE HODGES;
ROSALYN KILLINGER
JOYCE KRYGIER ,
ROBERT SKUBIS .
SUSAN SCHUMACHER,
JACK MEARA;
LAURA SOWA ;
CURTIS SNOWDEN
CURTIS SNOWDEN JR.
MICHAEL HERBISON,
JACQUELINE LEVITT.
HENRY MAGYAR ;
DONNA REINHARDT

CIVIL NO.

JURY TRIAL
DEMANDED

TAYLOR ROBERTS,
William Gregoire,
Elizabeth Blake,
Michael Lucas,
Steve Furlani,
Mary Geary,
Nicole Fink,
Eileen Fucina,
Cindy Ferron;
Jeffrey Heif,
Leslie Lisson,
Lisa La Penna,
Edward Meyer,
Tamara Davis,
Randall Labedz,
Sergio Vasquez,
Jane John 1;
Jane John 2;
Jane John 3;
Marylisa Hayden,
Jeffrey Keenan;
John Lempke,
Kevin J. Brown,
Maureen Boll,
Carl J. Koenigsmann,
Joseph F. Bellnier,
Jeff McKoy,
Doris Ramirez-Romero,
Karen Bellamy,
Albert Prack / D. Venettozzi,
Stephen M. Ash,
Chief Inspector General,
Emmanuel Powell / Mendez,
Doe Johns/ Kevin Rosplock;
Jill Grant; / L.t. R. Fischer;
Debra Menning,
Maureen Bosco,
OMH Commissioner
New York State
Office of Mental Health,
N.Y.S Department of Correction And Commissioner A. Annucci.
Defendants
# (2)

INTRODUCTION

This is a civil Rights action filed by Carlos
Abreu, a state prisoner, for Damages
And injunctive Relief under 42 U.S.C.
§ 1983, alleging violations of his 1st, 4th,
5th, 8th, and 14th Amendment to the United
States Constitution, Alleging Excessive Confi-
-Nement in special Housing Unit. Violations
of the Due Process in several Disciplinary
Hearings. Horsh conditions of confinements
That placed his safety, Health And wellbeing
in an Imminent danger of serious physical
And Psychological, injuries. Denial of proper
And adequated medical and Mental Health care.
Violations of his Religious Meals/Belief. Conspiracy
And Retaliations from several persons/
Staffs/officials. Discriminations. Sexual Horass-
-ments, threats of physical assaults. Denial
of foil Request. False Reports. Damages
of legal Materials. Violations of the ADA
And Rehabilitation Act. Violations of the
APA. Denial of Court Access/Law Library.
Photocopy/Access to law Library services.
Interferring with active, pendent, And
future lawsuits/cases/actions/proceedings
And claims. Denial of Access to the
facility Inmate Claims. Interferring with
Grievance complaints and Investigations.
Deliberate indifference and intentional
misconducts of Defendants. Physical assaults
with Hot waters provoked injuries. Denial of
Foods And other many Misconducts And abuses
Made by the Defendants in Violation of the Constitution
Human Rights. International Law Federal, And
State Laws, Regulations, Directives, And policies.
The plaintiff also alleges the torts of assault
And battery, And negligence And Malpractices
under state Law Claims. See 28 U.S.C § 1367
of the which this Court Has Jurisdiction
To Hear.

#(3)

## Jurisdiction

1). The Court has Jurisdiction over the Plaintiff's Claims of Violation of Federal Constitutional Rights under 42 U.S.C § 1331(1), And 1343.

2) The Court has Supplemental Jurisdiction over the Plaintiff's State law Tort Claims under 28 U.S.C § 1367

## Parties

3) The Plaintiff CARLOS ABREU, Is incorcerated at Wende Correctional Facility ("Wende") or (Wende SHU) During the events Described in This Complaint

4) Defendants Hamilton, Szablick, Powell, Mendez, Maxer, Reid, Herbison, Wilson, Rosflock, And Magyar are Correctional Officers employed at Wende/SHU They are sued in Their individual Capacities.

5) Defendants Connolly, Freemon, Hodges, Meora, Gregoire, Roberts are Sgts/Sergeants (Correctional Sergeants) employed at Wende/SHU They are sued in their OFFICIAL And individual Capacities

6) Defendant#1 KAREN CROWLEY is the Deputy Superintendent for Program Services Employed at Wende. She is sued in her official And individual capacities

7) Defendant Michael Hill is the Assistant of The Deputy Supt for program/PREA Complin. He is sued in his official And individual Capacities

#14,

8> Defendant Joel Groden is the Senior Librarian employed at Wende. He is sued in his individual capacity

9> Defendant Morgoret Stirk is the OMH Unit Chief employed at Wende She is sued in her individual capacity

10> Defendant Dione Toporek is the Nurse Administrator employed at Wende She is sued in her individual capacity.

11> Defendant Larry Wyzykowski is the Optician employed at Wende He is sued in his individual capacity.

12> Defendant Danyelle Hodges is the Sergeant employed at Wende SHU She is sued in her individual capacity

13> Defendant Rosalyn Killinger is the Deputy Superintendent of Health employed at Wende. She is sued in her individual AND official capacities.

14> Defendant Joyce Krygier is the FOIL Request officer/Inmate Records Coordinator II employed at Wende She is sued in her individual capacity

15> Defendant Robert Skubis is the SHU Correction Counselor employed at Wende He is sued in his individual capacity

16> Defendant Susan Schumacher is the Deputy Superintendent for administration employed at Wende. She is sued in her individual capacity

#(5)

17) Defendants Laura Sowa, Michael Lucas, Randall Labedz, AND Fischer; (AND) Jeffrey Keenan are a Lieutenants (Correctional Lieutenants) in charge of the Administrative Segregation/SHU Employed at Wende They are Sued in their individual AND Official Capacities.

18) Defendants Curtis Snowden AND Curtis Snowden JR are the Recreation Program Leader I, AND Leader II. Employed at Wende C.F They are Sued in their individual Capacities,

19) Defendant, Jacqueline Levitt is the Facility Health Services Director/ AND Physician Employed at Wende. at Wende she is Sued in her Official AND individual Capacities.

20) Defendant Elizabeth Blake is the Facility Institution Steward Employed at Wende, she is sued in her individual AND official Capacities.

21) Defendant Steve Furlani is the Education Supervisor Employed at Wende He is sued in his individual Capacity.

22) Defendant Mory Geary, Lisa La Penna, Tamara Davis, Marylisa Hayden; Jane John 1, Jane John 2, AND Jane John 3 are nurse's (Correctional nurses) Employed at Wende They are sued in their individual Capacity.

23) Defendant Nicole Fink, is the Occupational Therapist Employed at Wende She is sued in her individual Capacity.

#161

24) Defendant EILEEN Fucina is The nurse administrator Employed in Wende. She is Sued in her individual Capacity

25) Defendant Cindy Ferron is the assistant Inmate grievance program at Wende. She is sued in her individual Capacity.

26) Defendant Jeffrey Heif is the Supervising offender Rehabilitati/ Supervisor Counselor Employee at Wende. he is Sued in his individual Capacity.

27) Defendant Leslie Litton is the OMH/Mental Health social Worker II Employed at Wende She is sued in her individual Capacity

28) Defendant Edward Mexer is the Captain (Correctional Captain) at Wende, He is sued in his individual Capacity AND official Capacity

29) Defendant Sergio Vasquez is a Correctional Counselor / Counselor/ Employed at Wende He is Sued in his individual Capacity

30) Defendant Jeffrey Keenan is a L.T. Employed at Wende he is sued in his individual Capacity.

31) Defendant John Lempke is The Facility Superintendent Employed at Wende He is sued in his individual and official Capacities.

#7.

32) Defendant Kevin J. Brown, is the Deputy Superintendent for Security Employed at Wende he is sued in his individual, and official Capacities.

33) Defendant Maureen Boll is the Deputy Commissioner and Counsel Employed At the N.Y.S. Department of Corrections and Community Supervision she is sued in her individual and official Capacities.

34) Defendant Carl J. Koenigsmann is the Deputy Commissioner and Medical chief Medical Officer Employed at the N.Y.S. Department of Corrections and Community Supervision he is sued in his individual and official Capacities.

35) Defendant Joseph K. Bellnier i's the Deputy Commissioner for Correctional Facilities, Employed at the N.Y.S. Department of Corrections and Community Supervision he is sued in his individual and official Capacities.

36) Defendant Jeff McKoy is the Deputy Commissioner for Program Services Employed at the N.Y.S. Department of Corrections and Community Supervision he is sued in his individual and official Capacities.

37) Defendant Doris Ramirez-Romero is the Director of Mental Health Services Employed at the N.Y.S. Department of Corrections and Community Supervision She is sued in her individual and official Capacities.

# (8)

38) Defendant KAREN TELLAMY is the Director of the Inmate Grievance program Servicer employed at the New York state Department of Corrections And Commu-nity Supervision. She is sued in her individual And official Copacities

39) Defendant ALBERT PRACK is the Director of the Special Housing unit/ Inmate Disciplinary program employed at the Department of corrections And community Supervision. He is Sued in his individual And official Copacities

40) Defendant stephen M. Ash is the Regional Health Service Director employed at the N.Y.S Department of Corrections And Community Supervision He is Sued individual And official Copacities.

41) Defendant Chief Inspector general/ Deputy Commissioner is employed in The N.Y.S. Department of Corrections And Community Supervision and He/She is sued individual And official Copacities.

42) Defendant Emmanuel Powell is The Correction officer assigned in the MHu Observation Cell employed at wende. He is sued in his individual Copacity.

42) Defendant Doe John is a Correction Sgt/Supervisor employed at wende. He is sued in his individual Copacity

43) Defendants Jill Grant And Debra Menning are The Risk Management Specialists employed at in The N.Y.S. Office of Mental Health/ Central N.Y. Psychiatric Center Sued individuals Copacities
# 19,

44) Defendant Maureen Bosco is the Executive Director of the Central N.Y. Psychiatric Center / OMH. And she is sued in her individual Capacity.

45) Defendant OMH Commissioner is the Commissioner of the N.Y.S. Office of Mental Health. He or she is sued in his/her official And individual Capacity

46) Defendant New York State is The State of New York of the United States of America. and the state is sued in his individual, And official Capacities.

47) Defendant Office of Mental Health is the New York State Office of mental Health of the state of New York of the United States of America and is sued in this individual And official Capacities.

48) Defendant N.Y.S Department of Correction is the N.Y.S. DOCCS of the State of New York of the United States of America and is sued in this individual And official Capacities.

49) Defendant Donna Reinhardt is the Secretary of the Disciplinary Program or the office Disciplinary And is a Keyboard Specialist / Employed at WCNDE She is sued in her Official and individual Capacities.

50) Defendant Anthony Annucci is the N.Y.S. DOCCS Acting Commissioner, Employed in the Docs He is sued in his official And individual Capacities.

# (10)

51 > All The Defendants have acted and continue to act, under color of State law at all times relevant to This Complaint.

"FACTS"

52 > On or about January /08/2015 plaintiff (Abreu) was returned to Wende C.F. Shu from a court trip and from the mental Health Unit (MHU) observation cell in Downstate C.F. to Wende C.F.

53 > In his arrive plaintiff/Abreu was informed That He will be subjected to The same Harsh conditions of confinements the which He was before his court trip. In Wende C.F. Shu. The which Was continue be placed behind a Double Plexiglasses/cell shields wear a special Suit, Don't Have any Contact from he cell with any prison civilions 'eg' counselors. Social Workers. nurses. Clinitions, Physitions. Doctors, assistants, ect. He only will have Contacts from his cell with prison uniformeds.

54 > Abreu was in Downstate C.F. MHu Obs. cells from November 04 2014 to January /08/2015 for two months in Downstate C.F. Prison Doctors Has Prescribed to Him back his Tuberculosis (T.B) medications. Lipitol for High Cholecterol Clooritin for Allergy, a nasal sprays for Allergy. Treatments for Hemorroihess a Plan for a Colonoscopy, a plan for see a qualified Orthopedic specialist. a plan for Receive his Trays, Sv. Dents/Eye glasses, with Trays Sv.l. Prescribed proper pain medications, for his Chronic pains That Abreu suffer in his Hand Lower back And left Ankle, And a plan for a Hand Surgery Due to Caspal Tunnel And a plan for physical Therapy The Which Abreu need.

# 1111

55) However once time Abreu arrived back to Whide C.F. Shu the Dr. Levitt to discontinue all and each medical treatments prescribed and recommended to Abreu in Downstate. She discontinue all this of a form deliberate and indifferent to Abreu health care wellbeing and safety, placed to Abreu to suffer Imminent Dangers.

56) The Defendants Killinger, Schumacher, Koenigsmann, Ash and Lempke along with Annucci, supported Defendant Levitt decisions or determinations against me, and ignored all and each of Abreu medical complaints and misconducts of the Dr. Levitt against Abreu. So, they were also deliberate and indifferent to Abreu health care, wellbeing and safety, placed him also in on Imminent Dangers.

57) From February 2015 to the present March 2015 Abreu has filed sick-call requests near to daily reporting chronic pains in right hand, lower back, and left ankle reporting problems for walk without his orthopedic boots prescribed to him in Green Haven C.F. Shu for Doccs Doctors and specialists inside and outside the prison system reporting back problems in need of his back supports/brace. Reporting the need of his hand brace prescribed also in Green Haven C.F. Shu. by Doccs prison Doctors and specialists reporting the needed of his prescribed eye glasses with Sr. trays lents.

58) However Defendant Levitt has ignored Abreu medical complaints of a form deliberate and indifferent and encouraged to the medical nurses to do the same to Abreu

#1/2/

59 > Abreu Has also Nioring to Daily Reporting
That He need his Pain Prescribed medications
his Lipitol For High Cholecterol his Cloritin
meditations For allergy, his nasal sprays.
his medical Boots, Hond braces And back
Braces

60 > Abreu Continues Reporting The need of
a Hond surgery For his Right Hond,
The Which Was Refferenced in Jan/22/2014
In green Haven C.F. For Carpal Tunnel.
The need For a colonoscopy, Refferences
also in Green Haven C.F. by Doctors And
Specialists. But Defenbont Levitt Has
Ignored all This Medical Complaints of a
Form Deliberate And indifferent To
Abreu Health Core, Wellbeing And Safety
Placing To Abreu in An Imminent Danger

61 > Abreu Nioring to Daily Has Reporting
also, Bleeding From his Noses, Spitting
Blood, Bleeding And Chronic Pains From
his Gnus Rectal/stool, Dizziness, Feeling
Weakness, Blurred Visions; severe Stronger
Heobacher, Severe Stomach Pains; Chills,
Feeling Very Sick, but Defenbont Levitt
Along with The Defenbonts Toporek,
Killinger, Schumacher, Glory, Fucina,
Ferrow, La Penna, Davis, Jone, Johns
1, 2, 3, Hayden, Koenigsmann, Ask,
Lempke, Stirk And Brown, Has openly
ignored Abreu serious medical Conditions,
And Symptoms, when Abreu Has Reporting
To all They Via Sick-call Requests; Via
Letters, And Personally when several of
This Defenbonts making Rounds in The Site,
but Plaintiff Abreu Has only Recieved an
Open Deliberate indifference To all his Complaints
Verbal or in Written, or even Presented Evidences
To They Such as alot of Blood on sheet or Papers.

62) Defendants Lemoke, Brown, Killinger, Schumacher, Stark, And Maxer make rounds in the situ in wende of every each week, once time in the week or some time twice in the week. From Jonuary 2015 to the present march/2015 Abreu Has And Have Reporting to thei the Defendant Levitt And nurses misconducts Against Abreu And Reporting mony time his pains, his sufferings, his bleeding, his symptoms the needs of his medical devices but they Has only ignored Multiply time Abreu complaints of a form Deliberate And indifferent.

63) The Defendants, Brown, Lemoke, Killinger, Schumacher, Stark, And Maxer Don't Allow to the DR Levitt to Arrive front Abreu cell, Don't Allow to nurses to Arrive front Abreu cell Don't matter which is the Emergence, they Has places Abreu under this classes of Disprivations, the which are complety unconstitutionals.

64) The Defendant Levitt making rounds in the situ once time in the week the facility administration places Abreu in the Last cell of the gallery 42, the which Has 17 cells. Abreu was placed in 17 cell DR Levitt And nurses are allowed only to walk from cells 1 to cell 16 that it even if Abreu call to they asked for Help, assistance, Emergence, sick-call, sick-call they don't arrive or walk front Abreu Cell, no talking to Abreu in all And Don't allowed to nurses to Delivery ony Medications to Abreu front his cell location.

65) DR Levitt also Don't send to ony C-Os to verify if Abreu is Fine or ok And Dont send to they to Ask if Abreu wont or need see the Doctor
# (14)

66> The DR. Levitt AND nurses Making Rounds in The SHu in Wende C.F., because Doctors AND nurses are allowed to Talk and Speak with SHu Prisoners Front Them Cell, AND are allowed to Examine Prisoners Front the Cells AND allowed also to Delivery Prisoners Medications Front They Cells.

67> However Abreu is Treated of a Form very Different to others Prisoners Placed in similar situations, in other words Abreu is Completely Discriminated by The Defendants AND an Open Deliberate Indifferences to a Point That No Matter which are or The Abreu Medical Conditions, be This Serious or not He is Denied of all Proper, AND Adequated Medical Care to his Medical Needs That Has Placing Abreu' Health Care Wellbeing AND Safety in an Imminent Danger

68> For Abreu Con get or Obtain Some Contact with Medical Staff and other Civilians He need Be Escorted out of his cell by Two a, Correctional officers along with a SHu Supervisor to a Frisk Room 'To Put on a Special Suit with a Lock AND a BELT AND keep Him Completely Handcuffed Like a Dog or Animal, AND Be Humiliated, And Emborrassment Like He Don't Have any Civic or Constitutional Rights From The Civilians

69> When The Civilians saw Abreu with The Special Suits on or Wearing it The Civilians authomatic Discriminate Abreu with Racial Slud, AND or Treat Abreu very Different, Talking Him without any Respect, AND Still a nurse to Spit inside of Abreu Cup water Provided Abreu For He Con Taken a Meditation, The nurse Spit it in Front of SHu Cameras, in Front of Security AND Abreu. Like Abreu is a Dog or Animal.

#(15)

70) The special suit the which Abreu is forced to wear any time he get out of the shu from october 2014 to the present march 2015 has provoked that Abreu receive more tickets reports. More retaliations more abuses more attacks more discriminations more humiliations more harsh shu sentences And a form of depreciations from all civilions staffs and many uniformeds who see Abreu wearing it so the suit rather than help Abreu has provoked more problems to Abreu, And rather than avoid incidents has provoked more incidents between Abreu And staffs.

71) The defendant Roberts told to medical staffs And to the odministration that Abreu is not refused to take his medicotions or receive sick call services, but he alleged that techniquelly Abreu only have refused to put on the suit in the frisk room, due to feeling of humiliations rather than refuse services, the which he interpreted that it is not the same that refuse services, that Abreu only refused to put on the suit that is very different to refuse services or meds or sitk call ect

72) Abreu ogree with Defendant Roberts he don't have refused nothing in wende c.f he don't have refused any services in all neither Abreu only have refused to wear the suit or put it suit on, because others prisoners in similor sitvations don't are forced to wear the special suit in wende c.f / shu.

73) Between 600 to 1000 prisoners confined between general population And shu, Abreu is the only And unique prisoner forced to wear a special suit with a lock on it a belt, And hondcuffed, in all time out of cell end in only room.

# 116 /

74 > The Defendants Lemke Brown Crowley.
Stirk. Toporek. Killinger Schumacher
Levitt. Hill. Bosco Prack. Bellamy.
Ramirez- Romero. Bellnier. Koenigsmann. Lisson
Boll. Keenon Lucas, Sowa. Labedz. OMH.
Meker, Gregoire. Roberts. Chief Instrctor
general. Hodges. Freeman And Meara : Docs
Has Further Knowledges About all this they
Has Further Knowledges of all This Problems
They Has Further Knowledges Regording Stu
Conditions And his Confinements, but they Has
Ignored Abreu Complaints (verbal And in written)
of a form Deliberate And indifferent to
Abreu Health, Care, Wellbeing And Safety.
Placing Abreu to suffer Imminent Dongers.

75 > Abreu Has written multiply letters of
Complaints And Reporting his Conditions of
Confinements in Wende cf stu from July/
2014 to March 2015 to the Defendants
Lemke; Brown. Crowley. Stirk. Toporek;
Killinger; Fucina Prack. Bellamy. Ramirez -
Romero; Bellnier. Koenigsmann. Ask. Annucci,
Chief Inspector General; Bosco. OMH Comitioner.
Docs. Bosco And Schumacher, ond Mckoy
Reporting to they all ond each of this violations.

76 > Abreu Has written multiply grievances And
Complaints Reporting the Same This Complaints
ore Senting to Defendants Lemke Stirk. Brown,
Mayer. Keenon Lucas. Killinger. Fucina. —
Toporek; Labedz. Sowa. Gregoire; Hodges.
Meara. Crowley. Schumacher. Freeman.
Roberts. Levitt. Hill. Blake Furlani. Lisson.
And N.Ys Docs/CORC And this authorittes
all And each of they Has Refused And
Failed to Resolve the Problems, Refused to
Provide Abreu any Relief, Reffused to Conduct
a Proper And Odequated Investigations, And also
Refused to stop Stofe Misconducts And they own Misconducts too

# (17)

77 ) Abreu is placed behind plexiglasses /
Double cell shields with lack of ventilations
with lack of air, and with lack of
heatings. Abreu has one cell shield placed
at his cell door, one cell shield placed
on his cell bar, and two placed behind
his cell door and bars, the which are
special shields that don't allow to no
one to see Abreu half body.

78 ) Abreu is under this plexiglasses / cell shield
from august 2014 to the present morch
2015., with the special shield, and with
the regular shield from october 2014
to the present morch 2015.

79 ) Abreu has suffering asthmas attack, respira-
— tory problems problems for breathing
onexido / lack of oxigens experienced
constants bleeding from his nose and
mouth extreme heodaches feeling week
the cell get extremelly cold mainly
in night time and sorly in the morning
the double plexiglasses don't allow the
heatting come inside of Abreu cell neither
and Abreu has deprived of proper or
odeguared winter clothers. and Abreu
have been denied long johns top / bottom
for the extremer cold conditions. and denied
opency of all proper and odeguared medical
core attentions and treatments to his
experienced symptoms and injuries

80 ) The plexiglasses / glasses tops / bottoms has get
alot of dusts blocked abreu visions out
of his cell and provoked pains and discomfort
in Abreu eyes when he try to look throught
it out side of his cell. Abreu is unable con
clean it from inside of his cell due to the bors
and wires / heavyn wires mesh placed on it doors.

# (18)

81> Please Be adviced, That Anexido/Onorexia
is when a Person Suffer of Lack of oxygens.
That Con Provoke Serious Simptoms in a Person
Such as Bleeding Conclusions. Weakness, Heobaches
Dizziness Traumas. Psicologic injuries Visions
Ier Due to That The Brains Do'not Receive
The Proper Amount of Air - Oxygens. Anorexia
Con Provoke also That a Person act of a Form
Violent Ogainst his or her Wish or Desire

82> Regularly Federal Courts Has Found That
one or two weeks of Be Placed behind
a Plexiglass/Cell shields Possibly Don't violate
The Constitution, but When it is Placed For
Longer Months or Years, Front a Prisoner
Cell The court Has Found Constitutional
violations under the 8th Amend. The which
Prohibit Cruel And Unusual Punishment, Because
it Plexiglasses severely Restricts Venticarion.
The which is an Atypical And Significant
Hordship., if the Plexiglasses continued for most
than a week or two week Because The Con
Require To Prison oficials Provide a Reasonably
Safe Living Conditions because Unsafe Conditions
in a Prisoner Cell violate the Eighth Amend, Too.

83> Abreu Has be Placed under This Conditions
behind a cell shield (Double Plexiglasses), not
one or two weeks but "Seven Months", and
all Oppeor That if This Court Don't take
actions Immediatly, Abreu will be under
This Unconstitutional And horsh Conditions
for one entired year or still for years
in Dongerous And unfore Conditions That clearly
Place his Life, Safety, care, well being, Health,
Welfare in an Imminent Danger

84> The plexiglasses placed Front Abreu cell bords
And Door Don't Have any Classes of Holes
in it, When it is supposed to Have Holes in it.
# 119 1

85) In others SHU(s) the plexiglasses regularly has small holes in the port below of the plexiglasses, for provide some ventilations/air to the prisoner, who are placed behind it.

86) In wende of SHU the plexiglasses placed on Abreu cell door and bars, don't have any holes in all, and Abreu cell bars/door has doubles cell shield not one.

87) This is very clear that Doccs make holes in those plexiglasses in other SHU(s) because they know perfectly that it plexiglasses extremelly limit air oxygen and ventilations including heating in winter time. The heating are placed outside the cell, in the gallery/compony, not inside of the cell so, in other for Abreu can get proper and adequated heating in his cell. The plexiglasses will be removed

88) Moreover, if any civilians are allowed to talk with Abreu inside cell door, or walk near or front of Abreu cell and where he is placed in the last cell so, which is the purposes of have it cell shields? also if he need to go out of his cell for any contacts with civilions, and put on a special suit with a lock in it, plus be with a belt and handcuff placed to his both wrist so, which are the purposes of continue having a double regular, and special shield, placed on all Abreu door and bars?

89) Many stoff incluse say Abreu that Defendant Brown and Lempke, orders, and Abreu conditions of confinements don't have any sense in all and don't have any real purposes in all because that don't stop nothing in all.

#(20)

90) All Look That The ONLY AND UNIQUE PURPOSES OF THE Defendants Brown AND Lempke IS TO HARM Abreu, is To Place Him in Unsafe Cell Conditions, is TO PROVOKE that Abreu Suffer injuries, That **ABREU** Kill Him OWN SELF, DUE TO Harsh And EXTREMELLY Bad Conditions OF Confinement That Abreu SUFFER PSYChological Damages AND That Abreu, SUFFER torture Physical AND Mental.

91) The Defendants (all) Has FURTHER Knowledges OF Abreu CRUEL AND UNUSUAL PUNISHMENTS, Has FURTHER Knowledges OF Abreu SUFFERINGS, OF Abreu MULTIPLE Letters, Com- -plaints, AND grievances Reporting his UNSAFE AND CRUEL, AND UNUSUAL PUNISHMENTS and OF THE EXTREMES Harsh AND Bad Conditions OF Confinements in WENDE C.F Site

92) When Abreu Say all Mean all and each STAFF, Employees, civilians And uniformeds MENTIONEDS IN THIS Complaint FROM WENDE C.F TO Doccs in Albany FROM Doccs TO CNYPC AND FROM CNYPC TO OMH in Albany. SO all AND each OF THEY Has PERSONAL Knowledges OF all this and ARE INVOLVED THEREFORE IN THE violations OF Abreu Rights

93) The Special Suit is Completly UNconstitutional Violate The Constitution ClOOrly THE EX POST FACTO LAWS, under ARTICLE I § 9 AND ARTICLE I § 10 OF THE U.S. CONSTITUTION AND Violate THE Double Jeopardy under The Fifth Amendment Rights.

94) The Special Suit with a LocK AND belt in This attached Such as if Inmate (Abreu) is a Dog OR Animal Violate THE 1ST, 8TH, AND 14TH Amendment Rights.

#(21)

95> Additionally, the special suit violate the state law, Doccs own Regulations Chapter V, Chapter VI (4th) AND Doccs Directives '4932 AND 4933.

96> The Regulations under NYCRR, Chapters 5 AND 4 Explain Clorly to the Punishments OR Dicipline that on Inmate can Receive while is Confined in the SHU AND when He Receive a Disposition in the I, II, OR III Diciplinory Hearings

97> The Doccs Directive # 4932 Explain Clorly the ONLY AND UNIQue Disciplinory that on Inmate con Receive eg Keeplock/SHU sentences, loss good time, loss Commissaries Loss use of Phone, loss TV/Rodios. Visits ect, This Don't Mention nothing about on Inmate Be Disciplinory with Be Forced to Wear a Special suit, lock, ect.

98> AND all Punishments OR Discipline is Limited, all Has a Limit, the SHU Directive 4933 also Explain the only punishments or Discipline that on Inmate Con Be Subjected to the SHU, Limited Restricted Diet, Limited use of cell shield Limited Deprivations orders AND Limited Restrained orders, subjected to limitations of use of an Maximum of seven (7) Days

99> From Seven (7) Days Abrev Has be subject to all this Deprivations, Restrained AND Cell shield For a Period all Reody of 7 (seven) months, not seven Days, And The months continued Runned ond the Disciplines AND Cruel AND Unusual Punishments Continue to the Present Of This Complaint approve by the Defendants Brown, Lempke Annucci, Bellnier, Meyer, Keenan, Lucas & Supervisors.
#(22)

100) When Abreu is subjected to special Cell shield/Plexiglasses And Special Suits not listed in Docss Regulations Chapter V And VI. OR in Docss Directives 4932 And 4933 that governing the Disciplinary Punishments, and the SHU Disciplinary/OR Punishments Sentences Ony Extra Discipline OR Punishments not listed in such Regulations OR Directives is Double Property Ond a violations of the Ex Post Facto Laws.

101) Because the extra punishments and Discipline and Sentences are mode based in the same offenses, and the Punishment, Ond Discipline, OR sentences are increases based in the same offenses.

102) Example, if Abreu is placed behind a Regular plexiglass/cell shield. Due to alleged lewd conducts And sentence in a Disciplinary Hearing to an entired Year (365/One year) in the SHU>, The Punishment/Discipline is now increased to a Special Cell shield, plus to wear a Special Suit.

103) When the Punishment of the Regular Cell shield is Supposed to be of only Seven Days The Punishment of the Special cell Shiel is of 30 Days. So, increases the Punishment for the same offenses to 3 time The Double Triple of the original Punishment and they Renewal it Unlimited, when all is Supposed to have a Limit, So, Abreu, is Re- - Sentence, OR Re. Disciplined, OR Re. Punished over And over for the same offenses.

104) is this Double Property? Is this a violation of the Ex Post Facto Laws and Due Process Rights? Yes is a clear violations of the Constitution.

#(23)

105) UPON INFORMATION AND BELIEF THE
SPECIAL SUITS AND SPECIAL CELL SHIELD/
PLEXIGLASSES PUNISHMENTS HAVE NOT BEEN YET
BE APPROVED BY THE N.Y.S. SECRETARY OF
STATE, THE N.Y.S. GOVERNOR AND, THE
N.Y.S. Congress/OR BY THE Legislative OR ASSEMBLY.

106) THE SPECIAL SUIT AND PLexiglass glasses
IS ALSO A DISCRIMINATORY AND A
RETALIATORY PUNISHMENT IN REPRISALS TO ABREU
ALLEGED LEWD CONDUCTS.

107) THE SUIT AND PLexiglasses ARE PLACEDS
BEFORE ONLY DISCIPLINARY HEARINGS, CONDUCTED
BY A HEARING OFFICER.

108) EXAMPLE IF A C.O OR CIVILIAN BE MALE
OR FEMALE, TO ACCUSE ABREU OF LEWD CONDUCT
IN REPRISALS OR IN RETALIATIONS BY PRIORS
GRIEVANCES, OR COMPLAINTS OR LAWSUITS AGAINST
THAT C.O OR CIVILIAN AND THEY WROTE A
TICKET REPORT, AND ABREU HEARING IS PENDENT
AND HE CLAIM TO BE INNOCENT OF THE TICKET
OR CHARGES, THE SPECIAL SUITS OR/AND
PLEXIGLASSES ARE PLACED ON/WAY ON ABREU
CELL, ALONG, WITH SIGN THAT CLAIM THAT
HE IS AN EXPOSER"

109) ABREU IS ALLEGEDLY DISCIPLINATE FOR 30
DAYS FORCED TO WEAR A SPECIAL SUIT
A SIGN EXPOSER, AND A SPECIAL CELL SHIELD.
NOW ABREU GO OR ATTEND TO HIS DISCIPLINATORY
HEARING WEARING THE SPECIAL SUIT, LOCK,
SIGN EXPOSER, BELT, AND HANDCUFF,

110) HE PLEAD NO GUILTY TO THE CHARGES. HOWEVER
HE HAS ALREADY TO BE PUNISHED WITH 30 DAYS.
SO, NOW THE HEARING OFFICER OBSERVED ABREU WEARING
THE SUIT AND ALL THIS. AUTHOMATIC FEEL OR FOUND THAT
ABREU IS GUILTY OF ALL CHARGES. THIS IS CALLED PRE-JUDGED.
#(24)

111> Now no matter How many Abreu claim
innocence no matter How Many Explainations
He Provide or give to The Hearing officer
no matter How Many Witnesses He call,
and no matter if the video tape show
That He is not liable. The Hearing officer
will go to found Him guilty any way.
With a Sentence disproportioned to
any offenses of one to two years
or situ because The Deputy Superintendent
for Security and The Superintendent
to found and Placed Him guilty already
when He was sentenced to 30 days or
more < Renew of the 30 days unlimited > to
Wear The special suit special Plexiglass
Lock Belt Handcuffs and Sign /
"Exposer" so, The Hearing officers Don't
will go, go against his or her own Bosses.

112> The Hearing officers in Prisons are
Regulorey assigned by The Facility Superin-
-tendent to conduct Hearings in facility
Levels not by Doccs in Albany. This
Hearing officers are Regulorly The Civilians
Uniformeds or own Superintendent Team

113> So, There are no way in all That They
will not put or Place Abreu Not guilty
of The alleged Charges or tickets because
in Port The Superintendent and DES Has
already found Abreu guilty without even He
have attended to his Diciplinary Hearing
so, This is a cleor and open violation of
The Due Process under 14th and 5th Amend.

114> In The outside Community This is similor if
on Inmate Testify Front a grand Jury in a court
about a criminal Charges Wearing Handcuffs Shackles
and uniform Have been found to be unconstitutional.
and courts of oppeals Has Dismissed The Ind. in this issues too.
#(25)

115 > The Appellate Courts and Court of Appeals
Has found or observed that force on
Inmate to Testify from a Judge, or
Civilions (Grand Jury) Completer Handcuffed,
Shackles, and used on uniform incluse in
Trials, is a Prejudged issues by the Judge
or Juries that this Inmate is guilty of the
Charges or Offenses. So, Discriminate to him
Based in his status and conditions, issues
that the Court of Appeals Has found to be
unconstitutional, and throwing the Ind. Completer.

116 > The Same Happen Here, the wear a special
suit, like Abreu is from other planet,
or universe, with a special lock belt
and wearing a Pair of Handcuffe only to
Thinking in this picture Mentally is Very Clear
for on Person Intelligent and open mind
that Abreu will go suffer Prejudge and
Discriminations with a Verdict of Guilty

117 > Abreu Has observed the Face of Surprise
of the Hearing Officers and Civilions when
they observe to Abreu wearing the special
suits. Some of they still make Comments
that Docus Has go to for forced to human
being to use that classes of unhuman and
humiliate suit that Embarrassment all
Dignity of a Human being in Prison.

118 > So, this Court will find also, the suit,
Placard /Sign, Exposer and Special Plexiglasses
with a Colored Sign, Advices to others Prisoners,
Store and Civilions that the Inmate allegedcy
is an Exposer or a Rope, or a Flashed
Placed to that Inmate Life, Health, Security and
wellberg /wellbeing or welfare / to suffer Physical
attacks, violent assaults, Discriminations, abuses, Reprisal,
Retaliations, and Prejudges is Completer Unconstitutional
and that Docus and Prison Officials Has go to for too.

#( 26 /

119> BeCause The Eighth Amendment To The United States Constitution guarantees That NO Prisoner Shall be subjected To Cruel And Unusual Punishment. The Constitu- -Tional Prohibition Against Cruel And unusual punishment not only Prohibits Certain Kinds Of Physical Punishment, such as Torture but Embodies broad And idealistic of Dignity, civilized Standards humanity, And Decency.

120> The Eighth Amendment Requires Conduct compatible With The evolving Standards That Mark The Progress of a maturing Society. And That Prison officials must not be Deliberately indifferent To a Prisoner Unsafe Conditions of Confinements or Subjected To Cruel And unusual Punishments or Subjected To Humiliations IN Front OF Others.

121> Under The Equal Protection Clause OF The Fourteenth Amendment, all person in The United States, including Prisoners are guaranteed, The Equal Protection OF The Laws. This Means That The State may not treat Abreu Differently or Discriminate against Him because He belong To a particular group or Class of People.

123> Abreu is Treated Differently From OTher Prisoners who Were in a similar Situation or Similar Circumstances. And Abreu is Received unequal treatments Resulted From intentional or Purposeful Discriminations. In Disciplinary Hearings in appeals in medical And mental Hearth Core, in Sick. Call Services, in Counselor, And mental Hearth services in Dental Request in Dispositions orders, Discipline, Library, law Library, And in The Shu,

#(27)

124). The Defendant Hamilton have Sexually Horassed to Abreu, from Jonuory 2015 to March 2015 called to Abreu his Mammi his Bitch his little girl, and asked to Abreu to Suck his Dick (penis).

125) He Recently have touched Abreu buttock saying it is my big butt. Abreu Filed a grievance Reporting C.O. Hamilton Sexual misconduct, and writing a Formal complaint with the office of Investigations/Inspector general office ogainst Defendont Hamilton.

126) On March/04/2015. The Inspector general Investigator and the sgt. Meora to Interviewed Abreu Regarding sexual misconducts/Horassments by C.O. Hamilton and Defendonts Skubis.

127) Abreu Explained to both the I.G. Investigator and to sgt meora, the hoppened to him and where/when the sexual misconducts storted along with multiply Horassments.

128) after of the Interview, Abreu was placed back in his cell in the SHU, located in 42.17 cell in Wende.

129) Approximately, between 20 to 30 minuts the C.O. Hamilton walked Abreu back cell wall where are placed the connections of the sink-toilet and he storted to kitking the wall of Abreu, yelling "I will go kill you bitch" Fucking Bitch, I Catch you, Fucking Homo then Abreu listen/heard alot of strongers noices and sound from his sink, like some one was doing something, then alot of cold woters storted to coming out from Abreu sink in a high pressured, for several minuts into Abreu cell.
#(28)

130) Abreu Heor the voice of C.O. Hamilton said yes' bitch taken it. After Few minuts after He walk front Abreu cell to look if He Has Flooded the cell sufficient with Waters.

131) He looked all Abreu cell wet, legal popers bed blaket sheet legal books ect all were wet, He smiled

132) He walked ogain back behind Abreu cell And He ogain did the same Things, with the water, putting more waters into Abreu cell And belonging properties.

133) On March/05/2015 early in the morning approx. between 6:30 AM to 7:30 Am, while Abreu was sceeping/resting on his bed, alot of Hot waters started to coming from Abreu sink, burned Abreu Different port of his body, And provoked injuries.

134) When C.O Hamilton listen Abreu crying Due to the pains that it provoked, He Jelling "yeah bitch cry Like a bitch" And He left.

135) Abreu bed sheet Blakers were full of waters all wet, popers Books ect all was/were also wet.

136) Approx between 15 to 30 minuts after it incident, the C.O. Hamilton And C.O. Szablizk were Delivered/served The breakfast trays, when they gave Abreu trays And cups. And Abreu opened it the trays And curs were full of alot of wet toilot popers no foods in all was inside of the trays, They also smiled when they saw Abreu Face.

# (29 )

137) The SGT MEORA and THE L.T. KEENAN
were making SHU ROUNDS IN 42 gallery
where ABREU is HOUSED / CONFINED, APPROX
25 MINUTS AFTER C.O. HAMILTON DENIED ABREU
FOODS, ALONG WITH C.O. SZABLICK

138) ABREU REPORTING THE MIJCONDUTS OF C.O.
HAMILTON, AND SZABLICK TO SGT MEORA AND
L.T KEENAN, AND SHOWED TO THEY EVIDENCE
That his cell was all wet, including his
Legal Popers, books, sheets, BED Blakets
etc AND ABREU SHowing TO THOR his injuries
DUE TO THE HOT WATERS, OR PROVOKED by THE
HOT WATER USED by C.O HAMILTON, THEY ONLY
SMILED about all THIS and OF a FORM
DELIBERATE AND INDIFFERENT TO ABREU CONDITIONS
They CONTINUED Walking.

139) WHILE C.F SHU HAS a SINK AND TOILET
THE WHICH ORE MODE OF METAL it SINK AND
TOILET ARE TOGETHER IN a PIECE THE SINK
HAS COLD AND HOT WATER THE HOT WATER
is EXTREMELLY HOT, IT IS So HOT THAT ABREU
CANNOT keep ONE FINGER UNDER THE HOT WATER
EVEN FOR ONE OR TWO SECOND OR MINUTS
BECAUSE ABREU FEEL iT BURN his SKIN, OR
PUTTING iT So RED AND FEELING PAINFULL
So you con assume if iT iS keeping ON FOR
SEVERAL MINUTS, HOT WATERS CAMING FROM
THE SINK LIKE THE WATER CAMING FROM THE
SHOWER OR Rain THERE ARE NOT ONT ESCAPETORY
Ond THE CELL is VERY SMALL THERE ORE NOT NO
ROOM FOR WALK OR RUN THE ONLY THAT ABREU
CON DO IN SUCH SITUATIONS iS TRY TO COVER
UP him SELF WITH THE BLAKET OR MATTRESS
OR Block THE WATER WITH a CELL PLASTIC
BUCKET, THAT iT

140) C.O HAMILTON KNOW PARFECTLY All THIS, HE HAVE MADE THE
SAME TO OTHERS INMATES IN THE PAST IN AURIDE SHU.

#(30)

141) ON 3/5/2015 iN LuNch TiME The C.O. Hamilton AND C.O Szablick Ogain DiD The Same Things with Abreu Foods They ONLY SERVED Wet TOilet Popers, no Foods in all was inside The TRAys and They Smiled Ogain when Abreu OPened The TRAYs FOR FiND ONLY Wet TOilet

142) ON 3/5/2015 Abreu RePORT all This MISCONDUCT AND Behaviors Mode bY C.O.s Hamilton AND Szablick To to The SHu Sgt Hodges AND L.T. Lucas when They were Making ROuNDs in The SHu in The afternoon after The next Shift (3:00 pn To 11:00 Pn Shift.)

143) The Sgt. Hodges get Mod/angry because Abreu Stopped To The L.T. Lucas, AND She yelled in Abreu Too.

144) both L.T. Lucas AND Sgt. Hodges Saw all Abreu Popers, Bed Sheets Bloket ect wet but They also Refused AND Failed To Provide new Mattress Sheets Clothers, AND Blakets or To Exchange it.

145) APProximately between 10 To 17 Minuts That Abreu Talk AND RePORT The Incidents with C.O HamiltON AND C.O Szablick AND his injuries AND Pains, The C.O. RosPlock, KNock Abreu Wall AND Say, oh you Like Talk with L.Ts? Fucking you, Suck My Dick Abreu Kill your self, oR we will go Kill To you. ect.

146) C.O. RosPlock Say AND C.O. HamiltON, Skellis AND Sgt Hodges Send you This AND alor of HOT waters Storted To coming OUT FROM Abreu SiNK, AND He Keep it on FOR a Long PeRiod OF time.

#(31)

147 > ABREU was yelling, stop stop stop
Please, you ARE BURNED me with Hot
WATER's stop stop, but ABREU ONLY HOORD
"suck my DICIE Bitch, Die", ABREU Jell
you will go go to Jail for this He RESPOND
I am Ready to go to PRISON, Ha, Ha, Ha.
AND HE LEFT.

148 > This C.O. ROSPLOCK POSS all the night
FROM APPROX 6:00 PM TO 10:45 BURNED
ABREU with Hot waters over AND over
MORE, AND MORE, KEEPING iT ON FOR a
Long TIME, FROM 5 TO ten (10) Minute OR
MORE, every TIME He come, He Came Approx
10 TIME over a PERIOD of FOUR TO FIVE
Hours ONLY WITH THE PURPOSE OF BURN ABREU
With Hot waters.

149 > ABREU Suffering injuries ON his face,
NECK, Chest HORMS ON his ARMS AND
Hands, (IN DIFFERENT PARTS OF his Body?

150 > ABREU ASKED by MEDICAL attentions BUT
He was DENIED This OR IGNORED. OF a
FORM DELIBERATE AND INDIFFERENT. AND
The Sgt Hodges REFUSED TO MAKE MORE
ROUNDS That NIGHT, OR COME FRONT ABREU cell.

151 > ABREU FILED SICK-CALL REQUEST REPORTING
his Injuries AND The INCIDENTS AND also
REPORTING That C.O. HAMILTON was DENIED
foods.

152 > ON 3/06/2015 EARLY IN THE MORNING
THE NURSE GLORY ALONG WITH C.O. HAMILTON
ARRIVED FRONT ABREU Cell FOR The Sick-call
because ABREU was placed OF all OUT SIDE
Cell IN a DEPRIVATION ORDER. So He was.
DEPRIVED OF all OUT cell activities, SO under
This CIRCUMSTANCES, He DON'T WONT REQUIRED wear The Suits.

153) Abreu showing his injuries to the nurse Geory, but CO Hamilton make sign to she to ignore Abreu or not provide nothing Abreu. The nurse Geory refuse to see or check or examine Abreu neck, chest, arms and face alleged that she cannot see him well due to the plexiglasses placed front Abreu cell doors/board:

154) Abreu was only ables to show to nurse Geory his hand; red and injuried due to the hot waters, she refuse send out to the facility infirmory or allow him see a doctor or send him to an outside hospital, and also refused to examine Abreu in a room where she can see Abreu complet body (example the situ has an examination room, but she refused to use that room.

155) Nurse Geory refused to provide Abreu with any medical care treatments attentions in all, and Abreu is not sure if she report the incident/injuries but Abreu keep one copy of the sick call and filed grievances and complaints regarding all this.

156) Per laws, directives and regulations or policy of Doccs when an inmate claims that a CO has assaulted him or received excessive use force (forces) or be physically injuried by a CO or staff or civilician, the medical nurses should bonted of all this to watch command captain office the DSS or superintendent, for that immediatly photos of the injuries be taken, and all inmate injuries reports be filed in records along with the photos. However nurse Geory for try to cover up CO Hamilton and Cos Rosbock and Szablick she refused to do & failed to do her job and duty.

\# (33 /

157) Abreu Has Continued Filed Sick call Reporting This Injuries And Pains And Others Medical Problems And Symptoms, but Abreu Has been Denied OF Sick call services And the medical nurses now are not Allowed again to walk or stop Front Abreu cell or near to his cell by Order OF Defendants Drake Brown Meyer Lucas keenan, Hodges Meora, And Roberts

158) This is very clear That They are Trying To Cover up This Incidents, Therefore Abreu is Facing Imminent Danger, in This Moments in where C.F. Shu in The Hands OF This Defendants And medical Staff

158) The misconducts OF all This Defendants above clearly Violated Abreu 1st, 5th. And 14th Amend Rights, And Violated The Federal And State Laws.

159) Plaintiff Abreu Religion is Jewish, He Receive Kosher Meals/CAD The Violations OF his Religious Meals on 3/4/2015, And 3/05/15 by C.O. Hamilton And Szablitz Allowed also by Sgt Meora, And L.T. keenan, is a clear violations OF Abreu First Amend. Rights. And a violation OF The, RFRA / RLUIPA (Standards for Religious Freedom (Claims)

160) On 3/3/2015 The C.O J. Maker, Try To Physically assault Abreu in a Tier III Hearing Front The Defendants MR Hill, MR. Skubis And C.O Santiago. He used Excessive Force in Abreu Right Arm pulled in back along with The Belt attached To The Hand Cuff OF Form Completely Violent, Provoke Pains in Abreu both Hand & Wrist, And verbacly abused Abreu with Threats Abreu Told Him Clearly That He is not his Son or a child For He Talk Him in that way

# (34)

161> C.O. MAYER CONTINUE THREATING ABREU AND HORRASSED HIM all the TRIP FROM THE TIER III ROOM TO THE FRISK ROOM, WHERE ABREU WAS PLACED FOR TAKE OUT THE SUT. 600 ABREU SAW TO C.O. MAYER ACTED TOO VIOLENT ABREU ASKED AND REQUIRED TO TALK WITH THE WATCH COMMAND, also FOR REPORT THAT C.O. MAYER AND C.O. HAMILTON HAS go INSIDE OF ABREU CELL AND TOOK / TAKEN HIS WRITING PEN, FOR AVOID THAT ABREU CON CONTINUE WRITING COMPLAINTS OR GRIEVANCES AGAINST WENDE STATE

162> ABREU WAS DENIED OF TALK WITH THE WATCH COMMAND, THE SGT/SUPERVISOR MORRIS ORRIVED FRONT THE FRISK CELL ABREU REPORTING HIM THE INCIDENTS, AND THE NEED OF A WRITING PEN EXPLAINED HIM THAT HE NEED TO DO HIS LEGAL WORKS.

163> ABREU WAS ADVICED THAT HE WILL RECEIVE A WRITING PEN HOWEVER ONCE TIME ABREU ORRIVED TO HIS CELL AND PLACED INSIDE OF HIS CELL HE WAS ADVICED THAT HE WILL RECEIVE NO PEN IN ALL, THEY SMILED WITH A MALITIOUS AND SADISTICAL SMILE, OR OR FROM EVIL PEOPLE

164> ON 3/4/2015 ABREU RECEIVED A FALSE MISBEHAVIOR REPORT COMPLETLY MANIPULATE WRITTEN BY C.O. MAYER WITH CHARGES 106.10 DIRECT ORDER, AND 107.10 INTERFERENCE. THE REPORT WAS CLEAREY WRITTEN IN RETALIATIONS/REPRISALS AND FOR ALSO TO CAN COVER UP THE INCIDENTS THAT C.O. MAYER STARTED NOT ABREU

165> THE MISCONDUCT OF C.O. MAYER AND C-O HAMILTON OF TOOK ABREU PEN INTENTIONALLY & IN BAD FAITH FOR AVOID THAT ABREU CON WRITE VIOLATE ALSO ABREU 1ST Amend.

# (35)

166) ON 3/10/2015 THE CAPTAIN MEYER CONDUCTED THE DISCIPLINARY HEARING REGARDING C.O MAYER TICKET REPORT THE HEARING WAS CONDUCTED WITHOUT OF ABREU PRESENCE BECAUSE C.O MAKER ALLEGED ON 3/10/2015 THAT ABREU HAVE REFUSED TO ATTEND TO HIS HEARING WHEN NONE OF THIS IS TRUE, IN NO TIME HAVE ABREU REFUSED TO ATTEND TO HIS HEARING AND IN NO TIME HAVE ABREU SIGNED A REFUSAL FORM AND IN NO TIME THE HEARING OFFICER VERIFIED WITH ABREU IF HE HAS REFUSED TO ATTEND TO THE DISCIPLINARY HEARING ON 3/10/2015.

167) THE RECORD INDICATED THAT C.O. MEYER ALLEGED THAT ABREU REFUSED TO ATTEND THE HEARING. THE C.O MEYER WAS THE SAME AUTOR OF THE TICKET REPORT SO HE DON'T ALLOW TO ABREU TO ATTEND TO THE HEARING INTENTIONALLY, AND IN BAD FAITH.

168) SO, ABREU DUE PROCESS RIGHTS AND HIS CONSTITUTIONAL RIGHTS WERE VIOLATED BY THIS DEFENDANTS. UNDER THE 1ST, 5TH, AND 14TH AMEND' RIGHTS

169) THE DEFENDANT WILSON HAS STARTED TO DENIAL ABREU ACCESS TO THE COURTS AND ACCESS TO THE LAW LIBRARY ALL INTENTIONALLY ALONG AND TOGETHER WITH THE DEFENDANTS CONNOLLY CROWLEY HILL LEMPKE, BOLL, ANNUCCI, AND BELLNIER

170) THE DEFENDANTS WILSON CROWLEY, HILL, CONNOLLY LEMPKE BOLL ANNUCCI, AND BELLNIER HAS STARTED TO DENIAL LEGAL COPIES TO ABREU AND TYPING SERVICES, IN BAD FAITH.

#176)

171 > AFTER ABREU WAS RETURNED FROM
THE COURT TRIP / MHU OBS. CELL FROM
DOWNSTATE C.F. IN JANUARY 2015 THE
DEFENDANTS HAS ENGAGED IN AN OPEN
CONSPIRANCY AND RETALIATIONS IN
DENIED ABREU LEGAL COPIES AND TYPING
SERVICES EVEN WITH COURT ORDERS, LEGAL
DESK LINE, AND STATUTES OF LIMITATIONS

172 > THIS VIOLATIONS CONSTITUTIONALS HAS ALREADY
TWO (2) MONTHS FROM JANUARY 2015 TO
THE PRESENT MORCH 2015.

173 > THE DEFENDANTS WILSON CONNOLLY CROWLEY
HILL AND LEMPKE HAS CONFISCATED FOUR
(4) MANILA ENVELOPES THAT ABREU SENT TO
THE LAW LIBRARY IN WENDE C.F FULL
OF THE LEGAL DOCUMENTS ASKED AND
REQUIRED LEGAL COPIES THEY HAS HOLD /
CONFISCATEDS THIS LEGAL DOCUMENTS ALREADY
FOR AN ENTIRED MONTH, REFUSED TO PROVIDE
ABREU LEGAL COPIES TYPING SERVICES, AND
RETURN IT BACK TO ABREU.

174 > ABREU HAS FILED A LOT OF LETTERS, AND
COMPLAINTS TO CONNOLLY CROWLEY HILL
LEMPKE, ATTICCI, DOLL BRUNORR, AND
LUCAS ASKED TO THEY WHAT IS GOING
ON WITH THE LEGAL COPIES THE TYPING
SERVICES OR ABREU LEGAL DOCUMENTS AND
ASKED TO THEY TO RETURN IMMEDIATELY ALL
ABREU LEGAL DOCUMENTS, THE WHICH HE IS IN
NEED.

175 > THE DEFENDANTS ABOVE, HAS REFUSED AND
FAILED INTENTIONALLY AND IN BAD FAITH
TO RESPOND OR ANSWER TO ABREU LETTERS
AND COMPLAINTS. AND THE LAW LIBRARY
STAFF HAS DID THE SAME ABREU FROM
FEBREARY 2015 TO THE PRESENT MORCH / 2015.

# ( 37 )

176 > ABREU HAS FILED MULTIPLY GRIEVANCE
COMPLAINTS REGARDING ALL THIS TOO BUT
STILL THE INMATE GRIEVANCE PROGRAM
NOT WANT TO ASSIST OR HELP ABREU
IN THIS ISSUES OR MATTERS ALLEGED THAT
THE LEGAL DOCUMENTS ARE HELD / CONFISCATED
DUE TO INVESTIGATIONS IN WHAT ABREU
IS TRYING TO do WITH HIS LEGAL DOCUMENTS

177 > THIS DEFENDANTS ARE READING CONFIDENTIAL
LEGAL DOCUMENTS between ABREU THE
COURTS LEGAL ORGANIZATIONS AND ATTORNEYS
VIOLATED CLEARLY ABREU CONSTITUTIONAL
RIGHTS, AND ATTORNEY PRIVILEGIOUS

178 > THE DEFENDANTS ARE DOING ALL THIS
WITHOUT ABREU CONSENTS AND WITHOUT
ABREU PERMITS.

177 > THIS DEFENDANTS HAS CONFISCATED
LEGAL DOCUMENTS AND POPER WORKS
IN THE PAST. BETWEEN JANUARY / FEB
2015 WITHOUT ABREU CONSENTS AND PERMITS
AND REFUSED TO THE PRESENT TO RETURN
BACK THIS DOCUMENTS TO ABREU.

180 > THIS DEFENDANTS HAS SEARCHED ABREU
LEGAL DOCUMENTS AND POPER WORKS
IN VIOLATION OF THE 1ST, 4TH, AND
14TH Amend. RIGHTS.

181 > THE DEFENDANTS CONTINUES WITH THE
SAME MISCONDUCTS TO THE PRESENT, AND
THIS REFUSED OR FAILED TO STOP THIS
UNCONSTITUTIONAL VIOLATIONS AND PRACTICES

182 > THIS DEFENDANTS CONTINUE TO THE PRESENT
INTERFERENCED / INTERFERING WITH ABREU CONSTI-
- TUTIONAL RIGHTS OF ACCESS TO THE COURTS
AND OF access to THE LEGAL SYSTEM.

# (38)

183 > The Defendants continue Denied Abreu access to the law Library, Typing legal copy Machine and legal Assistance and to legal Supplies, eg Pen writing papers, Carbon papers, Envelopes and others forms.

184 > Upon information and Belief, The Defendants Has Started This Misconducts Against Abreu in Retaliations / Reprisals Because Abreu Has Filed Multiply grievances and Complaints Against They and The Law Library. And are Trying To interfer with alReody active open Cases Actions Proceedings or Claims.

185 > The Defendants Misconducts in violated Abreu Constitutional Rights Has increased The Defendants Lempke, Crowley, Hill, Lucas, Sowa, Hodges, Meara, Gregoire, Brown, Keenan, Schumacher, Roberts, Freeman and Mexee Making Rounds Regularly in The SHU, Abreu Has an Entired Month Regularly spoked with They Regarding C.O. Wilson Misconducts The Sgt Connolly Misconducts Regarding The legal Copies legal Supplies Typing services and Abreu legal Documents, but They only Have Told Abreu Personally Face To Face From Abreu Cell That They Don't will go be Involved Between The Problems of Sgt Connolly and C.O. Wilson Against Abreu, and That They Don't will go To interfer in The Decisions or Determinations of Sgt connolly and C.O. Wilson. against Abreu neither. The which Show cleorly The Conspirations.

186 >, The Inmate grievonce program (IGRC Members) influenced by The Administration Has Determined Similar Decisions about all This along with The facility Superintendent.

# (39)

187) The Central Office Authorities from The Docis Such as Defendants Annucci, Boll, Bellamor, Mckoy, Inspector General Office Counsel's Office ect Has be Jicented, About all And each of This misconducts from Law Library stoff eg C.o Wilson, Sgt Connolly The Facility Administration eg Suft empke Diss Brown Corr. Meyer, DSP Crowel, DSA Schmacker, ADSP Hill L.T Lucas, L.T. Sowa, And Shu Supervitors, Against Abreu.

188) Abreu Has written to Central Office Authorities in Docis Albony, Appox more of 10 letters of Complaints Reporting all This, misconducts, in Whole C.F / Shu Against Abreu, and Abreu Has also written Several Time to the Docis Director Librorion Service, For Two Entired months but They Has intentionally And in bod Faith Refused to Respond or Answer to Abreu letters of Complaint.

189) The Correction Low 112 Direct And mondated to the Docis Commissioner And his Administrative Teams to Investigate And Respond to Prisoners Complaints And letters of problems And Incidents Hoppened in Facility Levels, And not only that They Has Further Knowledges That Abreu Has Treated or Tryed from all The Resource of Resolve The problems in The Facility Level before to write to they to Albony, but this Don't Has worked in all Showing Clearly The open Conspironcy And Deliberate Indifference from This Defendants to Abreu Complaints. Rights And Laws of The United States And new York State, Ind of his Rights of Access to the Courts.

190) The Docis Directive "0700, mondate to they also Investigate Complaints.

# (40)

191) SO THE DEFENDANTS ARE OPENLY REFUSED TO FOLLOW THE LAWS THE CONSTITUTIONS AND THEIR OWN DIRECTIVES OR POLICY.

192) ABREU HAS BEEN INJURIED IN HIS CLAIMS ABREU HAS FOR EXAMPLE THAT FILE 7 (SEVEN) ARTICLE 78 PETITIONS AND EXHIBITS ATTACHED TO THIS ART. 78 PETITIONS THE WHICH ALSO ARE CALLED SUPPORTING DOCUMENTS.

193) DUE TO THE DEFENDANTS MISCONDUCTS IN DENIAL ABREU LEGAL COPIES AND HOLDING AND CONFISCATED ARBITRARILY AND CAPRICIOUS LEGAL DOCUMENTS ABREU MISSED THE STATUTES OF LIMITATIONS FOR HE CAN FILE HIS ARTICLE 78 CHALLENGED THE MISBEHAVIOR REPORTS, AND DISCIPLINARY HEARING.

194) ABREU HAS MISSED ALSO THE STATUTES OF LIMITATIONS IN ARTICLE 78 PETITIONS FOR CHALLENGE THE CONDITIONS OF HIS CONFI- NEMENTS IN WENDE C.F. AND FROM CORC DECISIONS FROM ALBANY.

195) ABREU HAS MISSED ALSO OTHERS SEVERAL STATUTES OF LIMITATIONS FOR HE CAN FILE COURT OF CLAIMS IN THE COURT OF CLAIMS REGARDING OR ABOUT LOSS PROPERTIES MISSING BELONGING PERSONAL PROPERTIES. DAMAGES OF BELONGING PERSONAL PROPERTIES AND OTHERS CLAIMS REGARDING HIS CONDITIONS OF CONFINEMENTS IN WENDE C.F. STAFF. E.g MEDICAL NEGLIGENCE, MALPRACTICES AND MENTAL HEALTH NEGLIGENCES ASSAULTS, BATTERIES ECT.

196) ABREU HAS AND CONTINUE EXPLAINED TO THE DEFENDANTS OF THE STATUTES OF LIMITATIONS OF THE NEED OF COPIES, OF THE NEED OF A EXHIBITS AND SUPPORTING DOCUMENTS TO HIS PETITIONS. AND CLAIMS, BUT THEY INTENTIONALLY HAVE IGNORED ABREU

#(41)

197 > Abreu also Has explained multiple Time, And Showed to The Defenbants Evidences And Proofs That He need also Copies for his Habeas Corpus Petitions And This Exhibits And Supporting Documents That He need to attack to This Petitions The which are original Documents, The which Abreu cannot to attack if original Documents, only Copies, He will to attack.

198) Abreu Have explained to the Defenbants Verbally And in written, That the courts from Supreme court to Federal courts And clerk And Judges from courts That He cannot to attack originals Documents to his Pleobings If complaints / Petitions Claims eer because the courts / They Don't Will go to return it back to Him And will not Provide Him Free copies of This original Documents, That He can only attack, Enclose or Send "Copies" not original Documents.

199 > The courts Has also explained clearly to Mr Abreu That it is his Responsibilities to keep one copy for his Records of / from all Petitions Exhibits Claims complaints Letters Documents Supporting papers ect That He submit to the courts.

200 > However The Defenbants Reused to accept, or consider or Follow, or Respect, This court orders or Explanation of / From courts Judges clerks of courts And court Rules even Plaintiff Abreu Show Copies of This letters in the Past to This Defenbants And even Abreu attached Copies of it court orders or letters from courts in his Grievance complaints. However the Defenbants continue to the present with This Misconducts
# (4.) )

201) RECENTLY THE COURT OF CLAIM IN ALBANY HAS ORDERED TO ABREU AND TO THE ATTORNEY GENERAL OFFICE, TO EXCHANGE DOCUMENTS EACH OTHERS AND TO START DISCOVERY IN FOUR (4) PENDENT CLAIMS.

202) THE DEFENDANTS CROWLEY WILSON HILL CONNOLLY AND LEMKE HAS REFUSED TO GRANT ABREU REQUEST FOR COPIES OF THE DOCUMENTS POPERS MEDICAL RECORDS MENTAL HEALTH RECORDS GRIEVANCES LETTERS ECT THAT ABREU HAS THAT SENT TO THE ATTORNEY GENERAL OFFICE, EVEN THEY READING AND SAW WITH THEY OWN EYES THE COURT ORDERS.

203) ABREU RECENTLY ALSO RECEIVED TWO (2) COURT ORDERS FROM THE SENECA SUPREME COURT AND CAYUGA SUPREME COURT ORDERED ABREU TO SERVE COPIES OF THE COMPLAINT EXHIBITS AND ALL SUPPORTING DOCUMENTS, UPON THE DEFENDANTS AND UPON THE ATTORNEY GENERAL OFFICE.

204) HOWEVER THE SAME DEFENDANTS ABOVE REFUSED TO PROVIDE ABREU WITH THE LEGAL COPIES OF THE COMPLAINTS EXHIBITS AND SUPPORTING DOCUMENTS EVEN ABREU SHOWING TO THEY THE COURT ORDERS IN THEM OWN IN THE SHU EVEN ABREU SENTING LETTERS TO THEY EXPLAINED ALL THIS, AND THE DEADLINES, BUT STILL THEY REFUSED PROVIDE ABREU WITH THE NECESSARIES COPIES, AND FAILED OR REFUSED TO ALLOW THAT IT GO OUT VIA CERTIFIED MAIL ROOURN RECEIPT SUCH AS THE COURT HAS ALSO ORDERED.

205) ABREU HAS ALSO RECEIVED TWO (2) ARTICLE 78 PETITIONS, EXHIBITS AND SUPPORTING POPERS, ALONG WITH A COURT ORDER FROM ALBANY SUPREME COURT ORDERED ABREU THE SERVICES OF ALL THIS DOCUMENTS.

206) The order to show cause ordered that Abreu serve all this petitions, and documents upon each defendants and upon the attorney general office, but the defendants has ignored the court orders, ignored Abreu request for legal copies and regularly returned all this to Abreu back without any explanations in all without any reasons for the denial, or disapprove.

207) The article 78 petitions are about Abreu challenges his post release supervision alleged violations and a tier III hearing along with a grievance complaint challenges staff misconducts.

208) The defendants has stopped also to keep hold and confiscated the originals court orders that Abreu sent to they for review and verifications of the court orders. Refused to provide it orders court orders back to Abreu. Abreu is forced to sent to they the original court orders because they are refused to provide copies to Abreu.

209) Abreu has sending and forwarded court orders from the third department and fourth departments appellate divisions ordered Abreu to file with the courts, typewritten briefs, plus the necessary copies of the briefs with one copy of the briefs forwarded upon the attorney general office. However the defendants has refused to provide Abreu the typewritten briefs, and the legal copies also.

210) Even the court rules, and CPLR 1102 (B) require per law and statutes the typewritten briefs in appeals the defendants refused to followed all this.

# (44)

211 > Abreu, Has written multiple time over And over to the Docc's Commissioner Annucci, Deputy Commissioner And Counsel M.S. Boll to the Counsel office to the Deputy Commissioner for Correctional Services State wide MR Bellnier to the Docc's Law Library Coordinator, explained all This And Senting the Court ORDERS to They Attached to Abreu Complaints And letters, but They Simply Has ignored Abreu And his Multiply complaints of a form Deliberate And indifference, to Abreu U.S/ N.Y Constitutional Rights of Access to Courts And of Access to The legal System And of Access to The law library services.

212 > Recently The Defenbonts in whole C.F Has Storted to Telling Abreu for First time That The Reasons why They are Denild Abreu, legal copies And to Mail out his legal Documents are because, Has a Debt to The State of $1,000 Dollors in alleged legal copies And a Debt to The State of $500 Dollors in legal postages, in Advances Request For legal copies And legal postages And That Abreu Don't Have No money in his account For to pay all This.

213 > So now The Defenbonts admit That They are intentionally Denied Abreu access To The Courts now They admit That They are interferring with Abreu access To The courts And Law library, Now They Admit That They are Doing so Simply because Abreu is a Poor person with cero money in his account, For can pay legal copies And legal postages. now They admit That They are openly Discriminated Abreu for The Simply mode That He is a Poor person in prison.

\# (45)

214 ) However There are Other Problems Why Has They Hold And Consfiscated Abreu Court Orders? Why They Has Hold And Consfiscated Abreu Legal Documents For Month(s) waiting Still The Statures of Limitations or Dead line Expired? Why They Refused To Respond or Answer or Reply in Written The Reasons For The Denial or legal copies? And Why They to the present Continue of a Form arbitrary Copricious, And or Abuse of Discreations or of a Form intentional And in Bad Faith interferring with Abreu Court orders From Court with State Laws? With the Constitutions? With The Court Rules? and With Abreu Right of Access To Courts And Law Library Services?

215 ) The Defenbonts Has Further knowledge That The Attorney General office or The State of New York is who Represent The Interest of The State And Docs And Prisons And This Stoff Employes Civilions And Uniformeds, who also Repreating To They in The Court, Lawsuits Claims And Petitions Filing by an Inmate(s) Against they. So Why They Continue Denied Copies of Documents Petitions Exhibits complaints Claims ect That Abreu Need Mondatory For Court orders Court Rules, And N.Y Statures or Laws To Serve Upon the Attorney General office Such copies, not only When The Process of Litigation Start But also in all Summission of Pleobing Motions Documents, Popers, ect That Abreu sent To The Courts need to serve all all This Upon The Attorney General office including in Discovery Process, or Summory Judgments

216 ) So This is Hord To believe That all This is based only in Debts To The State, This is based in a Clear And open Retaliations And intentional interference
#  ( 46 )

217 > There are PRISONERS in the STATE PRISON
That has a DEBT OF NOT ONLY 1,000
Dollars, but STILL OF 10,000 Dollars OR
MORE IN legal COPIES AND legal POSTAGES
AND STILL THE STATE DON'T INTERFER WITH
access to the COURTS' IN all, And CONTINUE
PROVIDED TO THEY legal COPIES AND legal
Postages. eg Inmates such as MITCHELL J.
Kolwasinski # 82A-4795 And Inmates,
Such as eg MR Injah tafori, ect.

218) So the EXCUSES OF THE DEFENDANTS DON'T
HAVE ANY SENSES OR MERITS IN all, And
ARE WITHOUT MERITS. because 1,000 Dollars
REALLY is nothing. ABREU WILL go to PUT
a good EXAMPLE IN 2011 ABREU HAS a
DEBT OF $9,500.00 Dollars TO THE STATE
BETWEEN legal COPIES Postages COURT fees
ect. PLAINTIFF RECEIVE a CHECK OF 13,000
Dollars FROM a COURT SETTLEMENT. ABREU
PAY COMPLETELY THE $9,500.00 Dollars
IN COPIES, Postages AND fees to the STATE
Docas, AND TO THE COURTS.

219 ) RECENTLY THE FEDERAL COURT Judge FROM
THE U.S. DISTRICT COURT SOUTHERN DISTRICT
HON. PAUL G. GARDEPHE Case # 11CIV-5204
ABREU v. CITY OF new YORK etal. COURT ORDER
OF MARCH/2015. He gave TO ABREU CREDITS
THAT ABREU HAS PAY $9,000.00 TO THE STATE
AND DOCCS AND COURTS IN COPIES fees AND Postages.
He DENIED DEFENDANTS MOTION TO DISMISS THE Case
AND SCHEDULED THE CASE FOR a HEARING, FOR
POSSIBLE SETTLEMENTS OR CONTINUE THE DISCOVERY
PROCESS AND GO TO TRIAL.

220 > SO, THIS is VERY clear ABREU alWays
PAY HIS DEBTS to STATE DOCCS AND COURTS.
SO, THERE is NO NEED OF WENDE C.F. AND
DOCCS AND THE DEFENDANTS IN DENIAL ABREU legal COPIES.
# ( 47 )

231) Moreover Abreu believe that the Law Library Has increased the Amount of money alleged in Debt by Abreu. They Has Denied Abreu to show copies' of all And each of the Advance Request Forms that He alleged Has Filed And Signed Authorized the Advance for Legal Copies. For After to be Collected back when Abreu Receive Any money in his Inmate Account.

222) The only way that Prison officials Can Collect Any money in Legal Copies is if Abreu Sign And Fill in Advance Request Form for Legal Copies authorized to Prison officials/Law Library to Collect such money And Deduct the Amount in any Future incoming, without this authorize. They Cannot to do so.

223) However Defendants Has Refused to allow Abreu Receive or Review such Advance Request Forms Copies with his Signed Attached to it. They only alleged It is what the Computer And Records Say. Abreu to Disagree because Computer And Records the which Don't Have any of Abreu Signatures, Can be lost manipulates And/or Overstated. The issues here is That they need to show copies of all and each Advance Request Forms with Abreu Signature Approve the Amount of It for Legal Copies in each Request. If The Defendants is Unable Con show that copies of the Advance Request Forms with Abreu signature Then The Amount in the Computer, And Records is completely invalid And Overstated. by the Defendants Maliciously, in Bad Faith And Intentionally, Against Abreu. About The alleged $1,000 Dollars Only in Legal Copies That they alleged That Abreu Debt to the State.
#(48)

224 ) The Defendants are also interferring
with 14 pendents appeals that Abreu
has pendent in the N.Y.S. Supreme Court
Third Department Appellate Division, and
others pendents cases, actions claims and
petitions/ proceedings that Abreu has actives
and open in other courts.

225 ) The Defendants has further knowledges
about all this because Abreu has provided
to they the lists of actives cases and/
or open cases the counsel office, has
also the computers and records, and
Informations Regording those open and
actives cases claims, actions proceedings
complaints and petitions that Abreu has
in courts in civil and criminal courts.

226 ) So, Docs, whose C.F. law library and
this Defendants cannot to allege or
excuses that they don't has any knowledges
of such cases that Abreu is litigared.
And those that Abreu need to litigare
and those that the Attorney General who
Represent to the Defendants has knowledges also
of all this.

227 ) All and each past, present and
future cases that be dismissed or that
are dismissed or that the statute of
Limitations and those the which dead line
has expired the Defendants will be liable
of all this. each and all cases that Abreu
has mentioned and not mentioned has
merits and are good and meritorious.
Claims, including those claims in courts or
those that Abreu is trying to sue for to
release from prison or reverse those tickets
for to receall from the SHU to General
population, has also merits and good cases.
# (49)

228> The First Amendment guarantees the Right "to petition the Government for a redress of grievances". Prisoners have a constitutional Right to file petitions with the courts including appeals post-convictions appeals habeas corpus petitions to attack their sentences directly or collaterally, and in order to challenge their conditions of confinement, and file civil rights lawsuits.

229> The Supreme Court has held that the Right of access to Courts is a very important Right since it theoretically protect all prisoner rights. And that this Right extends to all categories of prisoners and it is supposed to be adequate, effective and meaningful.

230> The Supreme Court held in Bounds v. Smith that Prison authorities have an affirmative obligation to "assist" inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the laws. It has also held that indigent inmates must be provided at "state expense" with paper and pen to draft legal documents with notarial services to authenticate them, and with stamps to mail them"

231> Many others courts in this District, and other District Courts has also held that prison officials cannot obstruct claims or lawsuits cannot to retaliate against prisoners who file them. Cannot to frustrate or impede lawsuits claims or petitions filed or already filed in the courts, and hold that the right to court access does not stop when a prisoner file a complaint, claim, or petition.

232 > This Courts And Districts Has also Held
That State, Government And Prison officials
are Prohibited from interfering with
People's And/or Prisoners efforts to
Use the Courts'. That Prisoner has a Right
To Be Free From Interference with Court
Access

233 > And That Prison officials May not
Retaliate Ojainst Prisoners for using The
Courts or trying to do so. because The
Prisoners Has a Right to Be From Reta-
Liation or Reprisals for using The Court
System or The grievance System, The Supreme
Cart has explained The Reason why such Reta-
Liation offends The Constitution is that it
Threatens To inhibit exercise of the Protected
Right. . . . Retaliation is Thus akin To an
Unconstitutional Condition Demonded for The
Receipt of a government-Provided benefit.

234 > additionally It is Indisputable That indigent
inmates must be Provided at State expense
with Free Postage, Legal Copies, And Legal
Materials, Such as Papers And Pen Too.
and Prison officials must Provide a Means
for Prisoners To Make Sufficient Legal Copies
of Papers To Comply with Court Rules, Court
Orders, And Statutes see ig Collin v. Good 938
F Supp. 2d 399, 417 ( S.D N.Y. 2006 ) Caneil V.
Multnomah County, 141 F Supp. 2d 1046, 1056 ⟨D.O.R.
2001 ⟩, Horrington V. Holshouser, 741, F 2d.
66, 69, ( 4/th cir 1984 )

235 > And That if Court Rules or statutes Requires
appeals/Briefs or Documents To be Typewritten
The Denial of such services by Prison officials
To Typewriter services would Deny Court access
see eg Johnston v. Lehman, 609 A. 2d 880, 883
( P.a. Cmwlth. 1992 ).

* (51 /

236 > FOR LOST ABOUT THIS CLAIM OF LAW LIBRARY
AND DEFENDANTS MISCONDUCTS REGARDING ACCESS
TO THE COURTS IS THAT THE DEFENDANTS HAS
ALLEGED THAT 'ANY COURT ORDERS THAT PASS
THE 120 DAYS. THEY DON'T WILL GO TO PROVIDE
ABREU LEGAL COPIES OR LEGAL SERVICES,
AND THEY DON'T WILL GO TO MAIL IT TO THE
COURTS, OR ONLY DEFENDANTS OR ATTORNEY
GENERAL OFFICE

237 > THIS ORDER WRITTEN BY THE DEFENDANTS
ARE COMPLETY ARBITRARY, CAPRICIOUS, ON ABUSE
OF DISCRETIONS. AND A CLEAR PROOFS, AND
EVIDENCE FOR THIS COURT THAT THE DEFENDANTS
ARE INTERFERING WITH ABREU ACCESS TO COURTS
AND INTERFERING, WITH OPEN AND ACTIVES
CASES.

238) FIRSTLY COURTS DON'T PROVIDE COURT ORDERS
LIKE THAT, JUDGES ARE VERY BUSY IN COURTS
WITH 100S OF OTHERS CASES THAT HELD
OR HEAR. SO, ASK TO A JUDGE OR JUDGES
FOR MULTIPLY COURT ORDERS, STILL THE
DEFENDANTS ALL SATTISFIED IS ARBITRARY
AND CAPRICIOUS., AND WITHOUT ANY SENSE.

239 > SOME COURTS AND APPELLATE DIVISIONS HAS
FURTHER KNOWLEDGES OF THE PROBLEMS THAT ABREU
HAS FACED FOR GET LEGAL COPIES OR TYPEWRITTEN
BRIEFS THAT THEY HAS STOPPED TO PUT IN
THIS COURT ORDERS ANY LEGAL DEADLINES, EVEN
IF THIS VIOLATED THEY OWN COURT RULES, OR
STATUTES, COURTS HAS POWER TO WAIVER RULES
AND TOLL STATUTES OF LIMITATIONS FOR THE
SUBMITTRATIONS OF DOCUMENTS IF PRISONERS SHOW
A GOOD CAUSES THE WHICH ABREU HAS SHOWED
ALSO THE JUDGES 'HAS FURTHER KNOWLEDGES THAT
ABREU HAS MULTIPLY OTHER OPEN CASES, THAT ABREU
ALSO NEED TO LITIGATE, SO, WHEN THEY DON'T PROVIDE TO
ABREU IS DEADLINES THIS IS A BLESS FOR FOR ABREU
# ( 52 )

240) Because The Court Order without a
Deodline Attached it, Let Abren The
Open Door or File The Briefs, or Pooled
lct, when He Have The time To do so.

241) However The Defendants Don't understand
This AND ARE acted Like The Lawyers
OR Attorneys of all The Defendants state
Wide, When Only The Attorney General
Office Can To do so Pursuant To The
Correction Law § 24 not The Defendants
They Cannot To attack Only other Requirements
That The Court Orders not Has attached
To it Orders, OR That The Judges not
Has Ordered neither

242) Example if The court ORDERED TO Abren
To serve The Petition or Complaint OR
Claim upon Each Defendants OR Responders
And upon Attorney General Office And
Don't Require Only Deodline for To do so
Why The Defendants (Prison officials)
Will go to attack to it order a Deodline?

243) Other Example if Abren need TO File 14
Appellant's Brief in The Appellate Division
but They in Considerations Don't place a Dead
Line in This Orders, for Provide Abren all
The Time necessaries for He File The 14 II
When He Wont To do so so Why The Prison
officials need OR Wont To attach a Deodline
TO it? AND allege of That Order is old it
Has Passed 120 Days already, you not will to get
Copies, or Tape services or Expe Postages for
Send it To The Courts. When The Court Don't
Have alleged Only Deodline in The Orders.
Moreover, This are Defenses, or objections That
The Attorney General office, need bring to
The Court/Judge, not The Prison officials, That
also are not Defendants Example in That Particular Case.

#(53)

244 ) So, This is Very Clear That the Defendants in this case are intentionally interferring with Abreu access to the Courts acted without or with any jurisdictions in attach extra requirements to the Court orders signed by Judges. When they also has check in the legal computer That it cases continue open and actives in the Courts and That the Courts Don't has Dismissed it, Due to alleged 120 Days.

245 ) Federal Cases Claims And now still article 78 Petitions take years, And years for Litigate still a Finsh Decision, order, or Judgment example Abreu has a federal case in The Southern District Cart open From The Year 2004, (11 years already) The case is Abreu v Nicholls The which Abreu and Defendant to in Abreu v. Nicholls continue Litigated. So Thinking of Abreu asked to The Court in Nicholls for a Court order Every time He need Send Legal Documents or Copies upon The Attorney General. For He con Litigate his case for 11 years? If Abreu Do So This Judge Don't will go Have only time for other cases, Rather That for Abreu only case. /

246 ) Abreu Believe That He is in need only of show to Prison officials That The Case or action or Proceeding OR claim continue open or active, the which He continue Litigate, And That He is in need of Send always a copy upon Attorney General office And keep one copy for his own Records of all Documents Papers, Briefs, Motions ect That He Submit to the Courts. not That He need an update Court order Every Time He is in need of Send to The Courts And Attorney General office, a motions, pleadings Amended Complaints, Briefs, Documents Papers; Discovery, or others Informations., Moreover even with a court orders, They wont to Desire of Determinr what Abreu con Send or not Send or copies That They wont only copior
# ( 54 )

247) The Defendants wont only provide Abreu
Copies of only of the documents that they
wont not the documents that the court has
ordered Abreu serve in each Defendants /
Response example if Abreu file an ortico
78 And attached 100 Pages or exhibits
Example grievances opposes core decisions
Superintendent determinations IGRC Decisions
The letters provided from the Responses and
all other Documents that support the petition.
The court make an order to show cause ordered
That Abreu shall serve the order to show
Cause the petition and all Affidavits papers
Exhibiting And Supporting Documents upon
each Responses / And upon A.G. office

248) The Defendants even has the court
order they wont only provide Abreu
copies of the order of show cause And
maybe the petition, but not of the
100 exhibits, And supporting Documents
Because the court Dont specified which
are the exhibits and supporting Documents.
or because the court Dont specific that
there were 100 pages of exhibits, and which
are the pages that the court need to be
copied from it 100 pages.

249) Thinking of a Judge so Busy such as they
are, in mentioned in an order, page by page
of any exhibits And supporting Documents and
what they are grievances, letters, Decisions & etc.
now Abreu is unable can serve the exhibits
upon Respondents or A.G., And only for this
small failured the court Dismiss the petition
all this has happened Abreu in the Past
even with Meritorious Cause of action and
good claims, because courts are very strict in
they orders. even Abreu explained to they the
problems. so, Abreu is denied Access to court by Defendants.
                                    # (55)

250) THIS COURT will also note that in new
York CITY PRISONS AND Jails, such
as RIKERS Island correctional facility
where pass every years, 1,000 and 1,000
OF PRISONERS all the legal copies from the
Law Library ORE COMPLETE FREE or Cost
for Indighars PERSONS / PRISONERS because
They DON'T found any difference in Provided
free papers, pen AND carbon papers AND
then refused to provide legal copies?
Example they believe that they loss less
Money in provided legal copies free or
copies that provided 100 or 1,000 of
carbon papers where the carbon papers
ore more expensive that the own inks used
by the photocopy machines, so they allow to
prisoner to desire carbon papers or legal
copies? The which will be free of cast any way.

251) In Downstate CORR facility, The
which is a state prison under Doccs.
They Provide unlimited postages for legal
Mails AND personal Mail, free of
Cost to all Inmates, while an Inmate
is in Downstate c.f., all AND each legal
OR Personal correspondences is free of
Cast, No matter if the inmate is there
One week, ore month, six month, or one
Year or years, all postages are free for
Inmates.

252) The more interezent of all that that
include personal correspondence, The Inmate
Don't need to sign ony advance request forms
ony disbursement ond No Matter How much money
He Have in their account, The Inmate need only
place/put the mail in the Mail Box AND that
it, this service include to all Inmates so even inmate
no indights get this free postages/services, in Downstate
1,000 of 1,000 of inmates pass every year For Downstate.

253 > So, This is very clear when the Defendants don't wont to Deniac access to the courts to Inmates they con to do, And when they don't wont to limit to prisoners contact with them family loved one, or with access to the outside words they con do so if they wont to do so, all that free postages in Dowstates c.f is paying by the state not by Doccs or Downstate c.f obministration, ond all that free copies provided to prisoner upon request for legal copies and access to the courts ore paying by the new york city, not by riker island c.f

254 > The same opply to whnde c.f all this obvonce request for legal copies and legal postoges ore pay by the stote not by whnde c.f or by Albony, However the copies and postoges for legal copies really, are not free in all Inmates need to pay for all this copies and legal postoges ony way. Every time they receive ony money into they count in ony stote prison, stote wide so there really is nothing free. in stote expensive, we pay for all this. ony way. our family pay for all this also. and when we get money in ony lawsuits or settlements we need still to pay all this copies and postoges, so what is free here?

255> So, there ore not need of Defendants in whnde c.f or Doccs/Albony, Deniac or continue denied to Abreu legal copies or legal postoges or denied access to courts or interfering with court orders or court rules. some courts ond some oppellant's divisions or court of oppels still don't accept corbon popers copies. So, even if they accept eg. a brief written in Honburitten, they will not accept the copies made in corbon popers.

#(57)

256> However the Defendants even has further knowledges of all this. They still Denial Allen the Proper Amount of Copies or not copies in all. Trying to force to Allen Mode e.g. copies Mode in Carbon papers, that still the Court Don't accept.

257> Also, there are Deadline that is completely impossible for Abren to Re-written a petition or a complaint of 50 or 100 pages, that he is in Need to serve in 25 or 50 Defendants or Responders. So when the Defendants Denial copies under this circumstances is clearly Denied Access also to the court's, because the court will to Dismiss the complaint or petition. And even extended the time, that will be impossible for Abren to do so, because there are enough medical records that show that Abren has serious problems in his Right Hand, Nearing to a Disability, He Receive Surgery to his Right Hand, He need other surgery to his Right Hand Due also to carpal tunnel, plus he is in need a Hand brace, And physical Therapy too. (Defendants has knowledges of all this.)

258> So, Abren Disabilities, Don't allow Him to do Many copies written in Hand written such as He wish to do, if He will Do So, but He it unable con to do so, Due to his Hand Disabilities, And Problems still for write well without a Hand brace.

259> So, Defendants Deliberate indifference to Abren medical conditions, Disabilities And Access to the courts is a clear proofs And evidences of violations of his 1st, 8th, And 14th Amend Rights plus a violations of the ADA And Rehabilitation Act, and others Rights & Laws.

#(58)

260 > ON NOVEMBER 04 2014 ABREU WAS
TRANSPORTED TO DOWNSTATE C.F
by THE SGT. FREEMAN AND TWO (2)
ESCORT OFFICERS THIS DEFENDANT FAIL
AND REFUSE PROVIDE ABREU WITH
his KOSHER MEALS VIOLATE ABREU FIRST
AMEND RIGHTS AND RFRA AND RLUIPA

261 > DEFENDANT FREEMAN HAS FURTHER
KNOWLEDGE THAT ABREU RECEIVE KOSHER
MEAL / RELIGIOUS MEALS BECAUSE HE
REGULARLY WORK IN SHU, AND ABREU
ALSO ASKED HIM PERSONALLY ABOUT
his KOSHER MEAL, BUT HE IGNORED
ABREU REQUEST AND COMPLAINT, OF
A FORM DELIBERATE AND INDIFFERENT
ABROU RIGHTS, AND ABREU RELIGIOUS BELIEF.

262 > DEFENDANT HILL, is THE RESPONSIBLE
OF THE PRISON RAPE ELIMINATION ACT
< PREA > COMPLIANCE IN WENDE. BUT
HE INTENTIONALLY REFUSE AND FAIL
TO COMPLY. WITH THIS STANDARD., COVERED
UP STAFF MISCONDUCTS.

263 > ABREU HAS REPORTED PERSONALLY AND
IN WRITTEN TO DEFENDANT HILL, THE
SEXUAL HARASSMENTS THAT HE HAVE SUFFERED
IN THE HANDS OF C.O. MAYER. C.O. S
HAMILTON. C.O ROSPLOCK AND COUNSELOR MR
SKUBIS, HOWEVER HE PERSONALLY HAVE INVES-
- TIGATED' THIS INCIDENTS, HE HAVE REFUSED AND
FAILED TO CALL TO LAW ENFORCEMENTS, AND TO
REPORT TO THE LAW ENFORCEMENTS, SUCH AS TO
THE INSPECTOR GENERAL OFFICE / OFFICE OF IN-
- VESTIGATIONS OR BCI / STATE POLICE OR ERIE
COUNTY DISTRICT ATTORNEY, THIS STAFF MISCONDUCTS.
RATHER HE HAVE COVERED ALL AND EACH OF THE SEXUAL
HARASSMENTS, EVEN HE LEARNED THIS VIOLATIONS THROUGH
THE GRIEVANCE PROGRAM IN WENDE, HE COVERED ALL THIS.
# (59)

264 > Defendant Hill Has Placed Abreu Safety, Health, And Well being in an Imminent Donger. AND He Have Failed And Refused To Remove To This Stoff From The Situ. Or Recommend To do so. Even He Personally Observed That Abreu Continue Suffering Horassment And Retaliations From This Stoff.

265 > On March /03/2015 In The afternoon He observed To C.o Maxer, Horassed Abreu Verbally in The Situ Tier III Disciplinary Room. (Tier Room). And Used a Type of Excessive use of force He Fail And Refuse to Stop The Incident He Only Was there Standing Looking And Listen The Incident, Where C.o Maxer still Threat Abreu Saying, " I Fuck up you in Big Butt if I Want To do So." And Mr Hill Only Smiled about This Sexual Comment.

266 > after in a Hearing, He Testify in Behalf of C.o Maxer, alleged That Abreu Started The Incident, when The Situ video camera Record /Tape will Clearly Show That Co Maxer Started The Incident Complety not Abreu. But This ore the classes of Cover up, That Mode Defendant Hill Regularly in wende Covered up always This classes of Incidents From Stoff To Inmates Abuses Sexual Horassments, Assaults And False Reports.

267 > Defendant Hill Has also interfering with Abreu access To The Courts Refused To allow Abreu To Comply with Court orders in mailed copies of The Complaint And Summons To Defendant And Has Denied Abreu send Letters Of complaints To OMH Commissioner in Albony

#(60)

268> On 3/63/2015 Defendant Hill Violated
Abreu Due Process Rights in a Tier III
Disciplinary Hearing That He Started
On January /13 /2015 Regarding
On Incident allegedly Happen on
12/09 /2014 with a correction officer

269> Defendant Him after Two Months
Required And asked by arbitrary
And corricious extension of times.
The which Many of they were asked
And Required of a form forces And
Manipulates in bad faith and intentionally
Against Abreu He found Abreu Guilty
of the charges Sentence to Abreu
to an Unlawful And Disproportioned
Sentences of 365 Days / One year —
- or 12 months / of Situ with /along
Loss of Recreation, Package, Commissary.
And Phone.

270> Defendant Hill Denied Abreu alot
of Potentials Witnesses, Inmates And
Two correction officers who were Presents
in The Moment of The alleged Incidents
And even other Witnesses Testified That
They Don't see Abreu Doing nothing wrong,
And others employer Refused to Testify
Regard That Incident And even Two
employes (a nurse And a c.o. ) were
Supposed to Testify too Regarding That
alleged Incident Mr Hill found Abreu
Guilty of all charges. Plus The Sentence
Exagged / Disproportioned. Show Clearly The
Intentions of Mr Hill in Trying to
cover up C-O-S Misconducts against Inmates
in Prison. He Has a Favoritism in Behold
Of c.o.s. He is of Those employer / Hearing office
who Believe only in c-os Statements, not in Prisoner
Statement even if the Records Show That c-o Reports are falses.

# 16/1

271) Defendant Hill violate Abreu the 1st
5th, 8th And 14th Amend. Rights U.S. Constn.

272) Defendant Hill continue with his misconducts
to the present and on 3/13/2015 the
Defendant Hill threat verbally also to
Abreu outside the Hearing topes, alleged
That Abreu will no receive legal copies
from the law library because allegedly Abreu
Sent a dirties letters to an employee in
Wende C.F. who is friend of Mr. Hill. He
told Abreu also, that due to that letters
that were the reasons that he placed Abreu
guilty in the Hearing.

273) Also, this corrupt employee/Defendant Hill
told to Abreu that He is doing all those
things against Abreu due to Abreu continues
multiply grievances And complaints against
staff in Wende C.F.

274) So, now Abreu is received also open
Retaliations, And Reprisals, from Mr.
Hill, only because Abreu is exercises
his Rights in Freedom of Speech
And to petition the Government for
a Redress of grievances.

275) This comments And threats from the
Defendant Mr. Hill the which He is part
of the administration in Wende show clearly
to this court the conspiracy and intentional
interference of Abreu access to courts And
to out side world and access to the law
library copies And typing services of supplies.

276) So, Abreu is also receive Retaliations And
Reprisals for freedom of Speech. For grievances.
For complaints in the Hearings, tickets law library ect.
all this actions And misconducts are unconstitutional.

# (62)

277> The Defenbont Grode He is the senior
And Supervisor of the General Library
in Wende C.F He is Refused, And
Failed to Provide Abreu with Spanish
Magazines And Spanish newspapers. The
which Abreu is Invited to Receive Per
Correction Law, And Docs Directives And
Regulations Governing the SHU in Least
Once time to the week

278> Abreu Has written Many time to the
Defenbont Grode And Filed several
grievances And complaints Reporting
Defenbont Grode Misconducts, And
Open Discriminations Against Abreu. Due
to his Race (Spanish/Latino) And
Treated Abreu Differents that to
Other Inmates in Same And Similar -
Misconducts.

279> Other SHU Inmates in Wende MP. Grode
Delivery or Provide or Sent a Lot
Of English newspapers And Magazines
every each week Less to Abreu, He
Refused And Failed to Provide Abreu
Such Spanish Magazines And newspapers.
Even He alleged in Prior grievances that
He Receive Regularly Such Publications in
Spanish Lengugges, He Provided it only
To Spanish/Latino in General Populations
not in the SHU.

280> The Defenbont Crowley who is also Responsible
Of such Spanish Materials And Responsible that
Sufficients of it Materials be Distributed or
Delivered to the SHU Spanish/Latinos Prisonrs
She Has Failed And Refused to Resolve the
Problems, the which to the present Continue
(From 2014 to 2015). All this is on Open Discrimina-
- tions, in violations of the 14th Amend Rights of State laws.

#(63)

281 > DEFENDANTS PAUL REID, HERBISON AND Hodges Has an open Discriminations Ogainst Abren AND Reguiaret TO RETALIATE Ogainst Abren, when Abren FILE OR MAKE Complaints Against They.

282) This Defendants work in the same from 3-11 Pm shift They Intentionally To Provide Abren Cold waters Rather that Hot waters For his Kosher Meals violated so, Abren Constitutional Rights, under The 1st AND 14th Amend Rights And The RFRA AND RLUIPA, about Religious Meals.

283 > This Violations are based, to that Abren Religion is Jewish, So, Abren Receive The Kosher Meals, in Lunch Time Abren Receive a Soup, Cold Salami, or Cold Bologne, AND a Packet of Tea.

284) In other for Abren Can Cook, his Kosher Meals including the Soup He need Hot Water. The Soup Kettle Method For Can Cook' The Soup Say Clearly that Abren need to add "boiling water" to fill line. Ond allow to stand for Two (2) Minuts, or Four (4) Minuts.

285 > If The water is not in boiling water Abren Can to eat his foods/soup ond Abren is not allowed to keep the soup neither He is Forced to Throw it in the Garbage when He is Unable Can eat his soup. Due to Cold Water

286 > Abren is also unable Can Make his Teas with Cold water, Abren DON'T Receive Juices, The Teas is His Juice, So, without Hot water Abren is unable Can DRINK his Teas, So, He is also Forced to Throw it

287 > IN OTHER WORDS Abreu is unable Con
eat his meals in Dinner Time Ivery
each night, in violation of his Religion
And in violation of his Right to eat
The 2,000 Daily Calories That a Person
need For Con to Be Healthy.

288 > The Docus Policy About Kosher Meals
Clearly Say That Prisoners Received
Kosher/CAD meals are Intitleds to
Hot waters for That They Con to
eat them Foods, And Preporate Their Meals.

289) Abreu Has Filed And Complaining
verbally About all This in grievance
Complaints to The Deverbants Reid
Hodge, Lucas, Herbison, Lempke,
Schumacher, Crowley, Hill, Brown,
Meyer, Sowa, Freemon, And
Gregoire, Who are Responsible of
The SHu And The Foods Delivered
to Prisoners in The SHu., but they
Hos ignore Abreu Complaints of a
Form Deliberate And indifferent

290) They Wont Abreu Drink The Hot
waters From His Cell Sink but
It waters are polluted Waters 4
And Drink waters (Hot waters)
From The cell sink is very Dongerous
to Health, And Hazord to Health.
And High in Radium Levels, ond
Federal Environmatal Protention Agency
And The State EPA Don't Recommend
to Prisoners Drink Hot waters From
cell Sink or Top, or From Pipes.

291> This Cell Hot water Has Provoked Strong
stomach Poins, Diorrheors, Vomits And other syptoms.
every Time Abreu use or Drink it in soups Coffees or teas,

#(65)

292) UPON INFORMATION AND BELIVE THE
Defendants HAS FURTHER KNOWLEDGES OF
THE Danger OF DRINK HOT WATERS FROM
THE SINK AND THAT THIS WILL DO TO HEALTH
OF PRISONERS, WHO DRINK IT CAUSES OF
WATERS, FOR THIS REASONS THEY PROVIDE
SEPARATEDS HOT WATERS, HEATING BY THE
MESS-HALL HEAT, OR MICROWAVE

293) ONE OF THE PROBLEMS ARE THAT ONCE
TIME THE WATER ARRIVE TO SHU IT IS
COLD ALREADY, OR SHU STORES WAITING
A LONG PERIOD OF TIME FOR SERVE THE
KOSHER MEALS AND THIS HOT WATERS.
AND THEY REFUSE TO RE-HEAT IT, WHEN
THE WATER GET COLD EVEN THEY HAVING
MICROWAVES IN THE SHU.

294) IN OTHER SHUG, THE WATER HEAT
IS IN THE SHUG, NOT IN THE ME-SS-HALL
SO, COS/SHU STORES PROVIDE HOT WATERS
IN OTHER SHU TO PRISONERS WHO RECEIVE
KOSHER MEALS BUT WENSE DEFENDANTS
HAS FAILED OR REFUSED TO SO. OR/ONE
REFUSED/FAILED TO RESOLVE THE PROBLEMS.
AND TO THE PRESENT THIS PROBLEMS CONTINUE
VIOLATED SO, ABREU RIGHTS AND HIS RELIGION
AND RELIGIOUS BELIEF TOO.

295) THE DEFENDANTS REID AND HERBISON
REGULARLY ALSO DISCRIMINATE ABREU WITH
HIS SPANISH MUSIC WHEN SPANISH MUSIC
ARE PLAYING IN THE CELL WALL RADIO POT
HOURS OF THE SHU, IN THE AFTERNOON THE
DEFENDANTS, CALL TO THE DEFENDANTS CURTIS
SNOWDENS, TO CHANGE THE RADIO STATION
TO ENGLISH MUSIC ONLY OR TO ENGLISH
SPORT ONLY, THEY DOING SO IN RETALIATIONS
AND DISCRIMINATIONS BECAUSE ABREU HAS FILED
GRIEVANCES AND COMPLAINTS AGAINST THEY & STAFF
#(66)

296 > The Defendants Hodger, Lucas, Curtis Snowdens Crowley, Hill Lempke, Freeman, And Gregoire Has Further Knowledges of The Harassment Discriminations And Retaliations with the Spanish Music, That is Supposedly, Or Mondered to be Played in The SHU. For Spanish Prisoners Placed in the SHU.

295 > The Defendants Mexers And Brown Has also Further Knowledges about all This Misconducts, But They Simply Has Refuse ignored or Refused or Failed to Resolve all This Problems.

296 > There are 3 Holes in the Cells of the SHU Radio Pots/stations Two (2) English Musics are Playing Daily and One English + V. Station is Played Daily. When Abreu arrive to Wense C.F SHU, No Spanish Music Were Played.

297 > Abreu wrote a grievance complaint Challenges That Spanish Music will be Played Daily in one of The Holes. Because it is a Discriminations That only English Musics And English TV Channel be Played only Daily in the SHU.

298 > Then Spanish Music was Storted to be Played Four Time in The Week Wednesday Friday Saturday And Sundays, Oncy For Several Hours in Holes No. 1 Of the SHU Cell Radio Pot, & English in Holes* 2 & *3.

299 > However For Feb/2015 The C.O. Reid And Herbison Storted to Called to Snowden to Change The Spanish Music To Other Station. Interferering with Abreu Spanish Music Programmations
#(67)

300) Abreu filed a grievance complaints
Challenged C.O.'s Reid and Herbison
misconducts on or about Feb/14/2015

301) The grievances/complaints was investigate
by Captain Meyer and Sgt Hodges, The
C.O.'s Reid and Herbison has advised
to other SHU inmates that Abreu
Has written complaints against they
Regarding Spanish Music Station, they changed
it, So, they cannot to change it again
or Call to staff for change it, no
more.

302) However C.O.'s Reid and Sgt Hodges
threated Abreu that He will go pay the
Consequence of filing grievances against
they Regarding the Spanish station. Two
(2) weeks after of Abreu complaint
The Spanish music in the SHU was redu.
From four (4) time to the week now
to only one time in the week (only
Saturday for several hours that it)

303) They Sgt Hodges and C.O. Reid
Told Abreu, Do you see we Have
alot of power Here And alot of
Friends, for Change the scheduled or
musics And programmations, now you
only Can Listern Spanish music once
time in the week And if you again
to wrote a grievance again us now
you Don't will go Litten No spanish
music in all "Do you understand this?
And they left

304) To the present only Saturday Spanish
music from the Spanish station Called
"CALIENTE" from Rochester or Buffalo N.Y
is played now in the SHU, only once time in week
# (68)

305> The Defendants Crowley, Hill, Lempke.
Schumacher, Meyer, Brown, Lucas Annucci,
Bellnier, Chief Inspector General McKoy.
And Prack / D. Venettozzi, Has allowed
That This Discriminations And Retaliations
And Reprisals Continue Happen To Abreu
in Wende C.F SHU., And CORC Has
also Failed To Resolve all This violations.

306> The Defendant abuses Discriminations and
Retaliations and Deliberate indifference
To Abreu Constitutional Rights, And Then
Continue Unconstitutional Policy OF Cover
UP Staff Misconducts, violate The 1st 8th
And 14 Th Amend. Rights US Const And
Violated state Law, And Federal Laws.

307> The Defendant Stirk. Lisson, BROWN;
Crowley, Along with Defendants Lempke.
Bosco; Grant; Bosco; OMH Commissioner.
Annucci, Ramirez. Romero, Koenigsmann.
Prack; Venettozzi. N.YS. Doccs; N.YS.
OMH And New York State, are
Denied all Proper And Mental Health
Services in The SHU. to MR Abreu.
From September 2014 To The present
March 2015, They Has Denied Abreu Mental
Health Care, Treatments Medications Programs
And services in wende c.f SHU

308> The Defendant Lisson is assigned To
SHU in Wende For Provide Mental Health
Services To The SHU Prisoners, Daily From
Monday To FRIDAY in side cell Doors, And
Every Two Weeks in Privacy Room.

309> However she Deprived Abreu of This Mental
Health Services, in SHU she walk only From
Cell 1 To Cell 16, Abreu is Confined in
Cell 42.17 Cell (Last cell of 42 gallery)

310) The Defendant Lisson, Refuse to Talk with Abreu, Refuse to Provide Him Treatments Care, Refused to check How Abreu is in his cell she in Retaliations Has Spoked And Provided bob and Manipulate, Confidential Testimony in Hearings Tapes Against Abreu along with Defendant Stirk the Which is Bad faith And Manipulate Confidential Testimony Against Abreu in his Disciplinary Hearing Has Harmed And injuries in his Defenses.

311) This Defendants Has Discriminated And Abused to Abreu from The first Time Abreu Meeting with that Defendants in The SHU in Sept/2014. Where Abreu Has written against Decenbonts Lisson And Stirk Multiply Grievances And Complaints

312) After This grievances And Complaints Against Defendant Lisson, She Started to write Abreu Multiply Tickets, Falses And Manipulate in Reprisals And in Retaliations. Against Abreu. And Between 3 to 4 of this Ticket Reports, were Reversed by Doccs.

313) However Defendant Lisson continue with her Misconducts against Abreu Until the Present. On Jan/13/2015 she again in Retaliations Wrote a False Ticket Report to Abreu. On feb/2015 the Ticket Report was Expunged from Abreu Record And Dismissed in facility Level by Supt Lempke.

314) But the Misconducts of Defendant Lisson Continue including her Open Discriminations And Retalacations against Abreu including Threatings And Differents Treatments.

#/70/

3/5 > So, we cannot say under this circumstance that the testimony provided by she or Stick were in good faith in the Hearings. This is very clear that were made in Bad Faith and with the only purpose of Harm and injuries to Abreu in his Hearings

3/6 > Abreu is a mental health level one by OMH/CNYPC Classification and Due to this level all and each Hearing officers are required and monitored by laws. Docas Directives and Doccs/OMH Policies to consider Abreu mental states in the moment of the alleged incidents/Hearings and mental Health Stores in such Case the Defendants Lisson and Stirk are required and monitored also to provide a confidential Tape to each Disciplinary Hearing officers of any Report/Ticket that be written Ogainst Abreu. So, this Defendants write Tickers and also provide to the same time the Confidential Tape Regording Abreu mental Store. Has this ony sense in all?

3/7 > The Defendants Stirk Has Covered up each all Misconducts of Defendant Lisson against Abreu. The Defendants Stirk; Lempke; Crowley; Hill; Bosco; OMH Commissioner; Annucci; N.YS; Gront; Merning; Peack. Venettozzi; Ramirez- Romero; Koenigsmown; Brown; McKoy; and Brown Has Foiled to Resoive ony of this Problems Has Foiled and Refused to Remove to Defendant Lisson of the stou even they Has Further Knowledges that the Problens continue to the Present; they Has Foiled and Refused to Provide other Social worker/THeropisT/Cliniciom to Abreu. who Con Have a better Relation Between patient and THeRapisT or who Con treat Abreu with Respect, and Considerations.

#(72)

318 ) In the several privacy interview that Abreu has have with Lison in the post, She only has passed all the interview threating Abreu, yelling to him obscenities, treated him very differents to others inmates in same or similor situations or similor circumstances.

319 ) She and Stirk were in port who provoked that Abreu be placed behind double cell shields / plexyglasses and that Abreu wear a special suit too.

320 ) However they deniac all this alleges that that determinations and decisions were made by security stork (Det Brown Corrain Meyer and L.T. Keenan ) not by OMH or they, However the records say other things' and all this was made in reprisacs retaliations and discriminations after Abreu multiple gridvonces and complaints against this defendants.

321 ) On Jonvory/ 08 /2015 Abreu arrive to Wende c.f. from Downstate c.f. MHU 06s cell. Where Abreu was received mental health medications but Dapprox. Two (2) weeks after Abreu arrived to Wende c.f. in Jan /2015 his mental health medications for depressions and mood change, were discontinued by defendants Stirk Lison and Docton of a form deliberate indifference to Abreu mental health conditions. even they has further knowledge that Abreu is in need of his mental health medications.

322 ) Abreu in no time in all has refused ony of his mental health medications, but the medications were completly discontinueds.

#( 72 )

323 > ABREU HAS WRITTEN MULTIPLY LETTER OF COMPLAINTS TO THE DEFENDANTS BOSCO. OMH COMMISSIONER; N.Y.S OMH; RAMIREZ - ROMERO; DINNER; ANNUCCI. LEMKE; AND CROWLEY REPORTING ALL THIS MISCONDUCTS ABUSES RETALIATIONS, DISCRIMINATIONS, REPRISALS DENIAL OF MEDICATIONS AND PROPER AND ADEQUATED MENTAL HEALTH SERVICES FROM DEFENDANTS LITSON AND STIRK but THE DEFENDANTS ABOVE HAS FAILED OR REFUSED to ASSIST HELP OR RESOLVE THE PROBLEMS, IN WENDE C.F. SHU.

324 > THE DEFENDANTS HAS ACTED OF A FORM DELIBERATE AND INDIFFERENT TO ABREU CONSTITUTIONAL RIGHTS FEDERAL LAWS AND STATE LAW THE WHICH PROTECT ABREU RIGHTS TO RECEIVE PROPER AND ADEQUATED MENTAL HEALTH CARE, WITH RESPECT CONSIDERATION AND DIGNITY

325 > THE DEFENDANTS MANNING AND GRANT HAS ACTED OF A FORM ALSO SIMILAR OF DELIBERATE INDIFFERENCES THAT THE DEFENDANTS ABOVE AND TO THE PRESENT ABREU CONTINUE SUFFERING THE SAME VIOLATIONS AND DELIBERATE INDIFFERENCE.

326 > ABREU IN NO TIME HAS REFUSED ANY TREATMENTS CARE, PROGRAMS SERVICES OR MEDICATIONS. FROM MENTAL HEALTH IN WENDE C.F. SHU.

327 > THE DEFENDANTS HAS VIOLATED ABREU 1ST 8TH AND 14TH AMEND RIGHTS THE ADA AND REHABILITATION ACT, THE CORRECTION LAW, THE MENTAL HYGIENE LAW, THE SHU BILLS LAWS, THE FEDERAL LAWS, AND PRIOR PRIVATE SETTLEMENTS REGARDING THE TREATMENTS OF PRISONERS WITH MENTAL HEALTH CONFINED IN THE SHU

# (73)

328> The DEFENDANT GUYZYKOWSKI Has
DENIED ABREU PRESCRIBED EYE glasses
WITH SV. TRAYS LENS APPROVED IN
a FACILITY CLAIM FROM JULY/2014
TO THE PRESENT MARCH 2015.

329> ABREU WITHOUT his EYE glasses is unable
Con READ WELL, SUFFERING PAINS, AND
BLURRED IN both eyes unable TO do
Daily activities, FEELING strong Headaches
DIZZINESS, AND Light BOTHER ABREU EYES.

330> The DEFENDANTS Have been ACTED OF a
FORM DELIBERATE And indifferent TO
Plaintiffs ABREU SERIOUS MEDICAL CONDITIONS.

331> ABREU Has FILED MULTIPLY COMPLAINTS
Sick Call SLIPS, AND grievances About
his EYE glasses WITH SV. TRAYS LENS.

332> ABREU Has WRITTEN MULTIPLY LETTERS
About ALL THIS AND WYZYKOWSKI
MISCONDUCTS TO SCHUMACHER, Killinger
TOPOREZ  ANNUCCI  KOENIGSMANN  AND
BELLINIER BUT ABREU COMPLAINTS WERE
all IGNOREDS, OR not RESOLVED YET
TO THE PRESENT by THIS DEFENDANTS

333> ABREU Have also REPORTED THE Problems
PERSONALLY TO THE DEFENDANTS La
PENNA, DANS, JONE JOHNS1, 2 f3
TO THE DEFENDANTS FUCINA AND LENTT
but THEY are HAVE ignored ABREU
OR REFUSED OR FAILED TO RESOLVE THE
PROBLEMS WITH ABREU EYE glasses SV. LENS.

334> THE DEFENDANTS HAS VIOLATED THE
1ST 8TH AND 14TH ABOND Rights,
AND state Laws, ABREU BELIEVE also, THAT
THE DENIAL is based IN RETALIATIONS by PRIOR Complaints.
#( 74 )

335 > Recently in Feb/2015 Abreu saw to Defendant, Wrzykowski, the which told Abreu "What do you will go continue writing me grievances, and complaints? Now I don't will go give you any glasses with Sv. Mars lents. Piece shit., go and write or grievance against me! I need only to deniac what I say to you, they believe me before, they believe you."

336 > So, this is very clear, that Abreu is also received retaliations and reprisals from this Defendant. Prior to complaints and grievances against him.

337 > Defendants Toporez, Glory, Leutt, Fucina, La Mirra, Dan's Jone John 1, 2 and 3, and Defendants MSA and Koeviasmoon, along with Defendants Annucci, Killinger Deliniier, Lempko, and Schumacker Has further knowledges that Abreu is bleeding from noses and shitting blood, bleeding from anes Recral, pain in stool, in need of Condonuscopy (Colonoscopy), in need of a hond surgery due to pains and carpal turnel, in need of his back brace, and medical boots, and eyeglasses and see specialists, but they all has ignored Abreu of a form deliberate and indixerent placed Abreu in on imminent donger and suffer unecassory pains and suffering from July 2014 to the present March 2015.

338 > The Defendants continue to the present with the same misconducts and deliberate indixerence, even Abreu filed sick.coll daicy ond sentting letters and grievances complaints. They have violated Abreu, 8th and 14th Amend. Rights.

#(75/

339> Defendants Melxer, Helf, Furloni
AND Hill Has violated Abreu Due
Process Rights AND his Constitutional
Rights in Denied Witnesses Don't allow
Abreu to attend to his Disciplinary
Hearings AND Sentenced To Abreu to
Disproportioned SHu sentences of years
AND years in the SHu with Loss of
all Privilegious.

340> On 1/28/2015. 1/23/2015. 2/10/2015.
3/9/2015. 3/12/2015 AND 3/2015
They Sentenced to Abreu to Seven (7)
Years of SHu Confinements. along
with Loss of Princigious. in Violations
of The 8Th And 14Th Amend. Rights
The Which Prohibit Cruel And Unusual
Punishments And Prohibit Due Process
Violations And Prohibit Discriminations.
And Retaliations.

341> The Defendants were arbitrory And
Copricious in their Sentences Disropor
— tioned Ogainst Abreu., ond abused of
their Discretions Power And Authorities.

342> Abreu believe That The Sentences were
baseds in Retaliations And Reprisals
for Prior grievances And Complaints
Ogainst They, or/ond Ogainst other store
in Violation of The First Amend. Rights.

343> The Defendants Reinhardt, And
Vasquez Denied Abreu, Documentary Papers
Documents (Photos/Test), And others Record
And Copies of Letters ond informations
That Abreu was in need for his Defences
in his Disciplinory Hearing of 1/23/2015,
1/28/2015. 2/10/2015. 3/9/2015. 3/12/15
And 3/2015.. Violated so, Abreu Rights.

#(76)

344) Defendant Vasquez was the speak spanish assigned Abreu for to provide assistance Abreu in his tickets Regarding the above Hearings, but Defendant Vasquez fail and Refuse to provide Abreu with such records that Abreu was in need for his defenses.

345) Defendant Vasquez alleges that the Secretary of the Captain/Secretary of the disciplinary office Defendant Reinhardt. Refuse. Provide and give to Vasquez the records, photos, Directives documents ect, that Abreu was in need.

346) Defendant Vasquez told Abreu that Defendant Reinhardt Is the assigned to provide all Records and that he only provide Abreu the items that Defendant Reinhardt give him, and the others items for reasons that he don't know Defendant Refused to provide all it to him because Reinhardt is in charge of what on inmate can have and can not have or receive in a tier III assistance from only tickets/Reports that on Inmate receive in Wende

347) Defendants Vasquez and Reinhardt Have both intentionally interffering with Abreu tier III superintendent's Hearings/disciplinary Hearings defences when they provided in bad faith & intentionally a bad assistances and bad Aid in the tickets/Reports that Abreu Received in Wende or from January 2015 to March 2015.

348) This Defendants violated Abreu Rights under the 1st, 8th, and 14th Amend. Rights.
#(77)

349) Defendants Meyer, Heif, Furloni, And Hill, Failed And Refused to Provide Abreu with Spanish Copies of the Dispositions, And Refused to Consider Abreu, Mental States, And Mental ill. or Mental Health Defences, in Each Hearings.

350) Defendants Meyer, Heif, Furloni And Hill, Failed To Verify Personally if Abreu Has Really Refused To attend To his Hearings, And if so, if Some One or C.O. or Staff was or were Threated him, with assaults or Physical attack or To Destroy his Properties if He attend To the Hearings, or if Abreu Has Scare or Fear for his Safety, if He attend Example To the Hearings.

351) Due To all this Failed The Hearings are null And void, And will be also Reversed by This Court, And Expunged From Abreu Records.

352) The ticket Reports written by the Defendants Litson, Thom, Phelon, Krigier, Jackson, Maxer And Mendez Related To the Hearings mentioned above, On 1/03/15, 12/09/2014, 11/14/2014, 2/26/2015, 11/19/15, 3/03/2015, 3/02/2015, And 3/05/15 are Falses or Manipulated, or Exaggged in Retaliations For Prior grievances And Complaints written or verbally against They, Prior To the alleged Incidents.

353) This Defendants Has violated Abreu 1st 8th And 14th Amend Rights with Them Falses, Manipulated or Exaggged Tickets, Charges And Reports/Statements Made in Retaliations

# (78)

354 )   Defendant Steve Furlani From
Obreu Arrive To Wende C.F Shu
in July 2014 To The Present March
2015 is Denied Abreu Education
And Cell Study And Denied
Abreu To Take The G.D. Test.

355 )   Defendant Furlani Misconduct are
Due To Discriminations And in
Retaliations Against Abreu, in
Discriminations by Abreu Race
Ethnicity And Status Such as
a Prisoner in The Shu.

356 )   Defendant Furlani Retaliations
are based in Prior grievances
And Complaints Against Him
And Store Who are his Friend.

357 )   Defendant Furlani Has in The
Past And Present (Most Recently
On 2/10/2015 ) Disrespected Abreu
With Verbal slur. And Others
Extremely offensive Statements And
Threatening.

358 )   This is some things That He Have in his
Records because others several Prisoners
Has in The Past Written Multiply grievances
And Complaints For Similar misconducts
Discriminations And Retaliations, And
Verbal abuses Against Prisoners

359 )   He also Run OR Conduct The Disciplinary
Hearings of a Form arbitrary And Corricious
And Abusive. He And Defendant Mekea are
of This Hearing Officers That No matter if The
Inmate(s) is not guilty They always Found Inmate
guilty. And No matter What Defense, Proof or Evidence
The Inmate Have They always Found Shu Inmates guilty.
# ( 79 )

360 > This Defendants also Sentence to STM Prisoners to abusive And Grossed Disproportioned STM Sentences, The which are Shocking to one's sense of Fairness.

361 > The Defendant Furconi Continue with his misconduct to the Present Against Abreu, He Has violated Abreu. 1st 8th, And 14th Amend. Rights

362 > Defendants Meyer. Lucas Kelnon. Lobedz. Meora. Hodges And Roberts are The Persons That always or Regularly are appointed by The Superintendent Lempke or DSS Brown to Conduct all And each Investigations Regarding Abreu grievances And Complaints, This Defendants Has Regularly Refused to do The Investigations or making The Investigations intentionally of a form improper, unfair, arbitrary And Capricious.

363 > Some time this Defendants alleges that They interviewed Abreu, And alleges in False, Fabricated or Manipulate Statements That Abreu, who Has nothing More That odd to his Complaints/grievances or That Abreu alleged That He Don't Have any witnesses ect, When Really They Don't Have interviewed Abreu in all.

364 > Then when They Interview Abreu They Talking Bad to Abreu And Disrespect Him Verbally And Refuse to Interview Witnesses, or alleges that They Reviewed The video tape, and that they Don't Found nothing wrong Made by the staff ect. This are trick That They always do writing Many time the same or Similar Statements in each of Their Investigative Reports/statements About Abreu grievance

#(80)

365 > The Defendants above misconducts is a type of trick that they use for denied grievances and complaints that are written against staff by inmates and they never accept in all that the staff is or was wrong in his or her misconducts against Abreu, or other inmates even if the video tapes show to that particular employee staff or uniformed committed the alleged misconducts. even if the inmate have the entired situ of inmates such as witnesses to the alleged incident they will go to deny the grievance and complaint any way. or allege that the situ video cameras not were working that day or no audio record was avaiable

366 > This are the trick that use this Defendants in grievance and complaints. They also refuse to preserve the video tapes of the incidents alleges in the grievance or complaint, or and Release to attach it copies of the video tope to the grievance/complaint for be reviewed by CORC in Albany /DOCCS

367 > So, this is an open cover up and corruptions that always happen in facility level and Doccs level.

368 > also many of this supervisors watch commands security staff such as captains /Dss and superintendents and many Doccs authorities were before correction officers, or deputy superintendents ect. who worked or work in differents prisons. This are always the trick and trainer that they always receive. to Deny inmate grievances /complaints. to cover up staff misconducts, to cover up their own misconducts, and Deny that they has commited any things wrong, in all. If in the same way that they are trained in Academy. They are also trained to Deny all the things
# (81)

369 > They are Trained in How To Respond
To grievances, in How To Respond to complaints
in How to make statements in How to
Write in That statements, in What to
Write in Investigative Reports in How
To Recommend To Superintendent And CORC
in Respond To Such grievances AND Complaints.

370 > Example, when a Sgt, L.T, Capt, Dss,
ect. To do an Investigation Regarding a
grievance or Complaint They WROTE in
Confidential statements, The Following

" I Recommend That The Respond / answer
To Stort of This Form, AND That This
be The Respond To Abreu grievance / Complaint
" No evidence was found in Your allegations
That Stork Has assaulted or Harassed To
You in The SHu on March/2015, Stort
has Denied both verbolly and in Writing
all allegations of Misconduct or UNProfessional
behavior. The investigation has concluded
and No evidence exists To Support The
allegations. Therefore, I have concluded This
grievance is Without merit and The Requested
Remedy is Denied / or grievance Appeal
is Denied".

371 > So, after This Recommendations, The
Superintendent Regulorly, Without To Conduct
any Investigations. and many Time Without
To Review none of The Documents, To accept
This Recommendations AND Write Word, by
Word The Written by The Investigate even if
The grievance complaint was mode against also
of The Investigater who Investigated The
grievance. So, This is Called Corruptions / Deliberate indifference

372 > This same Misconducts And Cover up are also
mode in the same way in Docc by This authorities
F(82)

373) upon Information and Belief the Reasons why this Defendants to do so with this grievances Response, and Investigations, and Recommendations are (1). for all to be in the same pages. e.g. in the same statements, and avoid that the Investi- gate say some things and superintendent say other things the which will harm to they in Lousuits in case that the inmate sue to they, or file an article 78, or a § 1983 ect (2). for so, to cover up staff misconducts. and (3) a more easy job for superintendent to Respond to the grievance where the statement that he is supposed to Respond or answer is already written by the Investigate so, he need only sign it, or type it in a paper and sign it. easy Job of a form deliberate and indifferent to prisons grievances and prisoners Complaints.

374) for this Reasons is that Regularly this grievances/complaints are denied, even with merits. and good cause, so, forced to prisoners and abreu to seek Judicial Help, aid, assistance and/or intervesions, so this is not that Inmates really abuse of the court system, this is that prison officials force to Inmates to seek Judicial intervesions, and go to the courts.

375) there are every each years, 100ˢ or 1000ˢ of article 78 filed in state courts in N.Y.S. Reversed prison authorities and Doccs officials prior Decisions/Determinations, in Hearings, in grievances in complaints such as found prison officials to be arbitrary and capricious or abused of this authorities, against inmates, in Hearings in tickets, in grievances in Decisions, ect force to intentionally and in Bad faith to giving Extra work to the courts and to the attorney General offices

# (87)

376 > The Defendants Don't Have Nothing To Loss in all they get Free Representations by attorney General offices (Attorneys) They Don't Need to Pay Court Fees And even if Settlement is in of 1983 complaints Filed by Prisoners against they in Federal or State Courts or still in Court of Claims They Don't Need To Pay any of this money in all, all this is paying by the State And 'Don't affect to they in all, no matter their or any of them Misconducts. Unless that the inmate(s) go to trial, and a Jury found the State Personally liable or the violations So, they will to pay all this So, after that the State pay all this.

376 > The grievance system was created for Resolve problems, However they Has used it for Cover up Staff Misconducts and Refuse to Resolve the Problems in Facility or Docss Levels. This Has come to a point that most time Investigations are not Conducted in all They Simply Denial the grievances And that it

377 > The Defendants Lempke, Brown, Crowley, Freeman, Schumacher, Stark, Lenott, Toporek, Roberts, Gregoire, Luca, Krygier, Blake, Furlani, Ferron, Meyer, Keenan, Koenigsmann, Bellnier, Ramirez, Romero, Bellamy, Venettozzi, Prack, Annucci, Brown, Fucina, Heif, Mckoy, Boll, Ash, Hill, Connolly, Meoras, Killinger, Sowa, And Chief Inspector General, Has all and each of They, learned each one all violations the which Abreu Has suffered or suffering in wende/SHC, they Has be awared of the depri- vation and Has fails to Remedy it, and Has Allowed to continue the Policy of unconstitutional practices occurred, and Failed to correct them even Learns all this violations through Reports, grievances & complaints.
# (84)

378) This Defendants above, "Personally had, a Job-Duty to do and They Did not do it, and Their Failure to do Them Job-Duty were so likely to Result in The Violation of Abreu Constitutional Rights' as to establish Deliberate Indifference on his Parts.

379) Deliberate Indifference by This Defendants To Abreu's Constitutional Rights is Sufficient To Establish Liable under 42 U.S.C. § 1983.

380) This Defendants above Has Violated Abreu 1st 8th and 14th Amend. Rights. State Laws ADA & Rehabilition Act, APA (Administrative Procedure Act / Mondamus ("5 U.S.C §§ 551-583, 701-706 801-808, 3105, 3344, 6362 And 7562) And Violated The RFRA / RLUIPA ( The Religious Freedom Restoration Act. And The Religious Land use and Institutionalized Person Act) And Violated The 42 U.S.C §§ 1981, 1982, § § 1985 And § 1986 (Racial Discriminations And Civil Rights Conspironcy Claims). The Which are governed also under § 1983.

381) Defendants Powell And Doe Johns Has Violated Abreu Rights. On January/08/ 2015 to January/13/2015

382) On Jan/08/2015 Abreu was Placed in The Mental Health Unit (MHU) Observatory (obs. cell) in whide C.F. OMH Jarellite unit, where an unusual, arbitrary, coppicious And humiliate or Embarrassment Strip Seorches/Body Seorch was conducted by Defendant Powell, Front Does (Supervisor) And other c.os.

383) Defendant Powell Forced To Abreu to keep his Butt completly open Front Him.
# (85)

384 >   ABREU WAS FORCED TO REMOVE all CLOTHERS.
STILL TO BE COMPLETLY NAKED / NUDE FRONT
C.O POWELL, AND FRONT TWO TO 3 EXTRA
C.O.S AND a SGT / SUPERVISOR

385 )   ABREU ABREU WAS COMPLETLY NAKED
C.O. POWELL SAY "OH THIS IS THE MOTHERFUCK
WHO ALWAYS IS WRITING GRIEVANCES OGAINST
STOFF"?, THE SUPERVISOR SAY YES HE IS

386 >   C.O POWELL FORCED ABREU THEN, TO TOUCH
HIS PENIS, UP & DOWN IT SHOW TESTICLES
UP AND DOWN, and NOW PUT HIS FINGERS
INSIDE OF HIS MOUTH AND LIPS WITH THE
SAME HAND/FINGERS THAT ABREU TOUCHED HIS
PENIS / AND TESTICLES, THEY SMILED ABOUT all THIS.

387 >   AFTER DEFENDANT POWELL, FORCE TO
ABREU, TO OPEN HIS ASS - BUTTOCK / CHEEK
AND MAKE COMMENTS LIKE, UUUYYY "LOOK
THAT BIG BUTT" THIS MAN HAVE, HAYYYY44!.
THEN WHEN ABREU REMOVED HIS HANDS FROM
HIS BUTT, C.O. POWELL SAY NONO, NO, NO.
OPEN YOUR FUCKING ASS again, I DON'T
FINISH TO LOOK IN IT, AND KEEP IT OPEN.

388 )   HE FORCE ABREU TO KEEP OPEN HIS BUTT
CHEEKS FOR SEVERAL MINUTS AND ORDERED
ABREU DON'T MOVE AND KEEP IN THAT
POSITION, STILL THEY CLOSE UP THE ROOM DOOR

389 >   SO, ABREU WAS FORCED TO KEEP HIS BUTT ASS
OPEN STILL THEY WALKING AWAYS OUT OF THE
ROOM AND CLOSED THE OBS CELL DOOR. THEN WAS
THERE WHEN ABREU WAS ALLOWED TO REMOVE HIS
BOTH HAND FROM HIS CHEEKS BUTT.

390 >   FROM JON/08/2015 TO JON/13/2015 ABREU
RELIGIOUS MEALS /KASHER MEALS WERE VIOLATEDS BY
C.O POWELL AND OTHERS C.O.S ALSO.
# ( 86 )

391> They were Denied Abreu all Hot waters
all coffees And Teas They were opened
abreu soups out of his presence, opened
Abreu cheeses salamis Bologne packets out
of Abreu presences, opened all And
each contains from Abreu food meals items
And Throwing it inside of the trays all together,
Like Abreu was a Dog or an Animal

392> When Inmates Receive Kosher Meals all and
each items come COMPLETLY closed from
the mess-Hall PRISON officials are not
allowed to touch or OPEN it foods, because
They are Religious Meals, and Doing so will
violate PRISONER Rights And their Religious Belief

393> The C.o's were Doing so because They Don't
Like Jewish PRISONERS, or Inmates who Receive
Kosher meals, because they believe They Receive
too much or too many PRivicges in PRISONS.
with they foods Many of This PRISON official
Has the believe that all And each PRISONERS
are supposed to eat the same foods, And
that Religious foods will not exist in PRISON.
so, for this Reasons Regularly they violate
The Jewish Religious Meals intentionally And
in Bad faith., for to force to PRISONER to eat
only Regular foods

394> The C.o. Powell, Defendants Does, And others
C.o's were also Denied Abreu meals / Kosher meals
for fews days all intentionally And Bad faith
for force Abreu to eat Regular Meals / Foods.
in The MHU 265. Cell.

395 > The Defendants above Has violated the
1st 4th 8th, And 14th Amend Rights.,
And violated Abreu federal And states
Rights, Laws And other civic Rights who
protect Abreu of This classes of violations.
#187)

396 > The Fourth Amendment also Provides that the Right of the People to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated, and no warrants shall issue but upon probable cause-... The Due Process Clauses' protection of liberty (4th and 14th Amend Rights u.s const). Also includes certain privacy-related interest, including "the individual interest in avoiding disclosure of personal matters" and interest in making certain kinds of important decisions.

397 > State law also generally protects broader rights of privacy and unreasonable strip searches, such as the federal constitution in this issues, so, Abreu Rights were violated.

398 > The Defendant Skubis, He is Denied Abreu all classes of counseling services and has engaged in complaign of Harassments and Retaliations, and Discriminations against Abreu, with some sexual Harassments.

399 > Defendants Skubis have also treated to put other stuff against Abreu. And He has been investigated two time (twice) by Inspector General office / office of investigations for Horass, Retaliate, and Discriminate Against Abreu in words c. of sam

400 > The most recent discrimination and sexual Harassments happened in febr, 2015 in a privacy shu room where the microphones are turned off. There in that room He called Abreu bitch, Ficking Roped you own country. Don't wont you back get out of my country, Suck My Dick; you mamma is a Birch, and others mony offensives and threatening statements of sexual naturals.

# (88 )

401> He mode all This From The C.O Maxer who Reused And Fail To Protect Abreu. From Counselor Skubis. And to the Present The Defendants Skubis continue with his Open Discriminations Horassments And Rotalations And The Defendants Chief Or Inspector general. Lempke Brown And Annucci, And Crowley Has all Failed OR/And Refused to Prortet Abreu, And Remove to Skubis of The Shu. even Some of They Personally Observed Some Of The Incidents From September 2014 to The Present March/2015.

402> The Defendants Skubis And Krygier Has also Ingaged in a Campaign in Denied Abreu all And each FOIL Request ( Freedom Of Information Law Request) Storred From January 2015 to The Present March / 2015.

403> They Has both (Krygier And Skubis) Storred to Denial Abreu all And each FOIL Request OR/And interfering, and impedes with Abreu Rights in Review FOIL Request Documents Papers, And Informations. all intentionally in Bad Faith and mode Mainly in Retaliations, Reprisals And Discriminations.

404> all the Problems with the FOIL Request Storred after Abreu Filed Several grievances And Complaints Against both Krygier And Skubis.

405> So They Storred to Put More, And More Difaculty in Abreu Can get OR Review FOIL Request Still a Point That They Has now Denied all And each FOIL Request For Reviews. And Storred to Request Special Requirements Ogainst Abreu to The Facility Odministration And Doccs For Avoid That Abreu Receive FOIL.

# 190.

406) many of this special Requirements were
arbitrary, confitious, discriminatory, retaliatory
abusive, and an abuse of discretions
power and authority.

407) not only they storted to denial Abreu all
FOIL Request for Documents Hearing Tapes,
Papers and Records and Directives and/
or Policies. They were trying Abreu
Completly differents to all other inmates
in similar situations or/one similar

408) Example the Sth Inmates in woode c.f con
Receive FOIL Request daily (monday to Friday)
And keep the FOIL Request from I Day
to 3 Days in their cells, reviewed all papers
Documents, Tapes ect

409) In the case of Abreu in Retaliations of
Discriminations they Required to the facility
administration and Docts Authorities to Deprive
Abreu of FOIL Request for Review, or
to limit it to only one time in the week
one limit the Review to only 3 Hours Rather
that 24 to 72 Hours the which Abreu is
allowed to Review the FOIL Request.

410) And Counselor Skubis will to pick up the
Day in the week one the 3 Hours allowed
not Abreu. However they keep the first
Request of Denial Abreu all FOIL Request
any way, with or without Authorizations from
the Facility administration or Albony Approve

411) Upon information and Believe the Defendonts
Crowley, Lempke, Brown, Annucci, Bennær
Counsel office/Boll, Mckoy, CORC/Docts
Hill and Schumacher has approved, allowed
or/and permited, all this violations. Discriminatory
Treatments and Retaliatory treatments against Abreu

#(90)

412) MOREOVER THIS DEFENDANTS HAS LEARNED
PERSONALLY OF ALL AND EACH OF THIS VIOLATIONS
AND MISCONDUCTS FROM SKUBY AND KRYGER
THROUGH GRIEVANCES, LETTERS OF COMPLAINTS,
AND MULTIPLY APPEALS., SO, THIS IS NOT
SOMETHINGS THAT THEY DON'T KNOW AND THIS
IS NOT SOMETHINGS THAT THEY ARE NOT AWARED
THEY HAVE FURTHER KNOWLEDGES ABOUT ALL THIS
UNCONSTITUTIONAL VIOLATIONS, AND OF THE
VIOLATIONS OF ABREU RIGHTS THROUGH STATE
AND FEDERAL LAWS REGORDING FOIL/FOIA

413) BUT THE DEFENDANTS ABOVE HAS TAKED THE
CHOICE OF DELIBERATE INDIFFERENCE OF ALL
AND EACH ABREU RIGHTS BE THIS PROVIDED
VIA FEDERAL OR STATE LAWS OR REGULATIONS
OR VIA THE CONSTITUTION OF THE U.S/N.Y.S.

414) THE RIGHTS TO ACCESS THE FILES OF THE
UNITED STATES GOVERNMENT IS ESTABLISHED
BY TWO FEDERAL LAWS THE FREEDOM OF
INFORMATION ACT (5 U.S.C § 552 (2000))
AND THE PRIVACY ACT OF 1974 (5 U.S.C
§ 552(a) (2000). (ENACTED BOTH IN 1966
AND IN 1974).

415) THESE LAWS HAVE BEEN TREMENDOUSLY SUCCESS
- FUL IN ENABLING PUBLIC ACCESS TO GOVERNMENT
FILES. THE FREEDOM OF INFORMATION ACT.
AND THE PRIVACY ACT. IT GIVES A PERSON
(INCLUDING PRISONERS IN PRISONS) THE RIGHT
NOT ONLY TO LOOK AT MY OWN RECORDS BUT
TO CORRECT CHANGE OR REMOVE RECORDS THAT
CONTAIN INCORRECT, IRRELEVANT, OR INCOMPLETE
INFORMATIONS ABOUT ME, AND IF MY REQUEST
FOR REVIEW, OR GET DOCUMENTS PAPERS, TAPES
INFORMATIONS, RECORDS ECT IS INCORRECTLY DENIED
OR IGNORED I CON SUE UNDER THE LAWS
IN FEDERAL OR STATE COURTS. AGAINST THE
PRISON OFFICIALS OR AGENCIES WHO DENIED ALL THIS TO ME.
#19..

416 > This Laws implements one of the basic principles of Democracy — The public's and Prisoner's Rights to Know what its government is Doing.

417 > The new York Freedom of Information Law / FOIL grants new York State Prisoners a Right to access to Prison Records and to statements and memoranda that lay out the Docs Policies, Directives Manuals, and other Records.

418 > This Law under FOIL was patterned after the FOIA Federal Laws, and was Designed to make available to the Public all Documents generated by, and in the possession of the governments. See eg Ralph J. Marino The N.Y. FOIL 43 Fordham L. Rev. 83, 83 (1974), Senator Marino was the senator sponsor of the law. See also N.Y. Pub. off. Law § 84 (McKinney 2001 f supp 2007-2015 > . N.Y. pub. off law §§ 84 – 96 and the 'N.Y CCRR Title 7 §§ 5 et seq. 2005, And Docs Directive # 2010.

419 >, so, because this complaint also include Federal and State law Violations this laws apply to this complaint, and will be enforced too. Against the Defendants in this case and claims and actions.

420 > The Defendants above Has Violated OR continue Violated to the present Abra 1st 4th 6th, 8th and 14th Amend Rights and Violated Clearly the 42 U.S.C. §§§ f 1981, 1982; 1985 and 1986 (Discriminations and Civil Rights Conspiracy claims. > And Violations of the APA, and others Federal And state Laws Rights And Regulations including those mentioned And Specifically above.
#(9).

421) Defendant Roberts Continue to the Present Retaliated, Harassed And Discriminate Abreu who has written against Him multiple grievances or complaints, verbal, and in written.

422) On 3/02/2015 Defendant Roberts Keep Abreu Handcuffed with a special suit in a small cell Denied Abreu foods and Abreu was in that small Room Between 2 to 3 Hours, without any chair, or table.

423) The same Day the Defendant Robert And Defendant Labdz ordering by Defendant Brown to conduct a search in Abreu Cell, And Remove all and each only mags with nude/Porn Pictures, However Defendant Robert And Maker Removed all and each of Abreu magazines and newspapers, Books ect, the which not were nudes/or Porn.

424) Abreu Filed grievances/complaint about all this And Defendants Robert And Maker along with others Cos Has Started to Threat Abreu with Physical assaults, And Committing others Many Misconducts or Allowed others Many Misconducts Such as Abreu cell waters to turned off or Flooding Abreu cell with waters or Burned Abreu skin with hot waters, And/or Denied Abreu get Medical Care/attentions to injuries or Pre-injuried Complaintings.

425) This Defendant Misconducts Continue to the Present, and Abreu continue suffering Imminent Danger. And Defendants Lemoke, Brown I.G. Chief, Annucci, Bellnier, Bellamy, Koenigsmann, N.Y.S. Docs, Stick, Orff, Prack, Venettozzi Continue ignore Abreu complaints, all this violated also the 1st, 4th, 5th, 8th and 14th Amend. Rights

# (93)

426> The Defendants provoke also in 3/02/2005
That Abreu suffering pains, cuts and
bruises due to the handcuffs keep on in
Abreu both wrist/hands. And wrote a
false report Abreu for try to cover
up all this. The ticket was written
only because Abreu asked to talk with
a watch command. (L.T. assigned to the SHU)

427 > Abreu regularly receive misbehavior
reports, only because He demand, request
writing grievances, making complaints, write
letters and fight for his rights, or
because He try to force his rights, and
Laws in prisons/SHU., The which this type
of ticket is a clear violation, or the
correction Law S 138. And a violation of
The N.Y.S. constitution and First Amend.
Rights under the freedom of speech.
And Right to petition the government
for a redress of grievable, see also eg.
Loggins v. Delo, 999 F 2d 364, 367 8th cir
1993 > Hall v. Curran, 818 F 2d. 1040,
1044 - 45 (2d cir 1987) and Brook v.
Andolina   826, F 2d 1266, 1268 (3d cir 1987)
< courts do not allow prison officials to censor
and discipline prisoners based on statements in written
That are intended to insult prison personnel
or defamatory comments directed at prison
officials, even if such statements would be
prohibited if expressed verbally >

428 > Defendants Ferron and Bellamy has started
to interfering and impeded, Abreu grievances and
complaints in cause of No process Many of they mainly
Those grievances or appeals the which will affect
directly to several prison or Docc's officials. Abreu
Has written complaints about all this And written to
Both Defendants asked to they to stop this violations Abreu be
ignored. They have violated Abreu 1st and 14th Amend. Rights
# 104

429) Abren is suffering and continue suffering to the moment of the filing of this complaint irreparable harms, injuries and imminent danger of serious physical injuries and harm.

430) Abren is behind plexiglasses (double cell shields) with lack of oxygen, air and ventilations, the which also deprived Abren of proper or adequated heating

431) Abren is forced to wear a special suit, Abren is forced to wear a lock with the suit along with a belt and handcuff that provoked pains and injuries and harm Abren including threats of physical assaults, humiliations, discriminations, retaliations, denial of proper or adequated medical and mental health services, denial of counseling services, denial of medications and examinations. The which also provoked psychological, injuries and traumas

432) Abren is under concurrent orders of deprivations of recreations, showers, magazines/newspapers, hearings (and all outside activities from his cell)

433) Abren continue bleeding from mouth, noses and anus rectal./stool along with denial of all medical care for this medical conditions and symptoms

434) Abren is frequently and regularly denied of all his T.B. medications by defendants, or interfer or impeded that Abren receive his T.B. meds regular meds and mental health medications the which will provoke Abren suffer serious irreversible harms pains suffering and still the death; for lack of his medications.
#195,

435) Abreu Don't Have Yet Received The
Conoloscopy The Home surgery And He
nor Have yet received his orthopedic
boot and back back/support the which
Abreu urgently need,

436) Abreu To The present Neither Has
Received his nasal spray And Lipitoc
meds for High cholesteroc And Weather
conditions, Abreu without His nasal spray
Will Suffer a Respiratory Attack and
or Stroke or Heart attack without his
Lipitoc meds.

437) Abreu continue Beating of Double cell
Shield / Plexiglasses will suffer of an
Asthama attack for lack of ventilations
The ventilator inside of Abreu cell don't
work in all And it is also covered up
nearing completely by the Sink-toilet, placed
on of it. so, there really don't there ony
ventilator in all, and The Holes that Has
The Regular cell shield / Plexiglasses Has Be
covered completly for the special cell shield /
Plexiglasses placed on of The Regular Plexiglasses
on The cell door / cell bars, so, There is no
alway in all that proper or adequated air,
oxygens or ventilations going inside Abreu cell
so, The Defendants are trying to kill Abreu
There are not ony other explanations for this.
misconducts, abuses, Discriminations And Retaliations

438) Abreu is unable can go to visit with his
fomily wearing the special suit, lock, Belt
And Handcuffre for Fear to be assaulted
or attacked by other Inmates or that Abreu
fomily Be attacked, and Humilliate because
The suit create Discriminations, And Rejections
to the Inmate who wear it not ony by others
Inmates still by the own prison staff, who see it suit.

439 ) Abreu cell water not have been fixed
or repaired yet by the defendants the
cold water continues turned off, the
hot water continue keeping in High-
pressure, provokes that Abreu be unable
con to drink waters And provokes that
Abreu lips get burned, or when Abreu
try to take of it water burned his hands
damages his properties And legal papers

440 ) The defendants has personally observed
all this in them Shu Rounds, defendants
such as Lempke, BROWN, Lucas, Crowley,
Hill, Hodges, Roberts, Schumacher, Vazquez,
Keenan, Mendez, Stablick, Hamilton,
Reid, Stirk, Meora, Sowa, Herbston,
Magror, Gregoire, Furloni, Mexer, Labese,
And Levitt And others nurses such as
Glory, Jane Johns 1, 2, And 3, Connolly, E
Wilson, But all and each of they has
only smiled, And refused to resolve the
problems provoked by Defendant Hamilton And
Rosplock. Still Defendant Doe John /
Inmate grievance program Sgt/ Supervisor /
has ignored Abreu complaints in his Shu
Rounds every each week (once time in week)

441 ) Abreu only received on open deliberate
indifference to All And each of this
unconstitutional violations.

442 ) Defendant Blake has also refused to
pay Abreu damages or loss propbring And
has interfering And impeded that Abreu con
to litigate his claims in the Court of claims.
not process Abreu claims, When Abreu properties
Has a values of between $25 000 to $ 55 000
dollars or more only in legal papers of
several legal books, this is without count
the others properties missing or destroyed by Docs.
# 103,

443) The Defendants has also Denied Abreu proper and adequate interpreter and translations in Hearings, in medical and mental health Interviews in grievance and complaints interviews by prison officials or by Inspector general office. Denied interpreter and tra in Sick call services in mental health services, in counselor services in therapy services, and in other situations.

444) Violated Abreu Rights and violated the recently U.S. Department of Justice Civil Rights Order. That mandated and required to they and Doccs to provide adequate and proper bilingual services, Spanish translations / interpreter to Abreu in medical and mental health services, in grievances and complaint interviews in I.G. office or investigations interview and investigations in law library services in counseling services, in disciplinary Hearings, and in assistant Aids.

445) Even the Defendants has further knowledge of this agreement signed by U.S Dept of justice, the Doccs the OMH, and the commissioners. The Defendants continue to the present denied Abreu this civil rights. and discriminated to him. in violation or the Civil Rights of 1964 the which prohibit discriminations, such as the U.S Dept of justice has advised to the Defendants. (Doccs / OMH N.YS.) and this authorities and prison officials.

446) The Defendants continue placed Abreu in an imminent dangers and irreparables Harm placed Abreu Health, Life, safety, security well being. care and welfare in an imminent danger of serious injuries/harm.

# 198,

CLAIMS FOR RELIEF

Relief Requested

WHEREFORE, Plaintiff Requests That The Court grant The Following Relief:

A. Issue a DECLARATORY Judgment stating That

1> The Defendants Violated The Plaintiff's Rights 1st, 4th, 5th, 8th AND 14 th Amendment Rights AND Violated The Due Process Cruel And unusual Punishment unusual Search or unlawful Search _ 'Religion Rights, Double JEOPARDY The Articles of The U.S. Constitution; The EX POST Facto Law.

2> The Defendants Violated The Plaintiff Rights under State Law, Federal Laws, The APA The ADA, And Rehabilitation Act, And others Rights.

3> The Defendants Violated The Plaintiff Rights under Regulations AND Directives AND Policies.

B). Issue an injunction ORDERING Defendants to Remove The Plexiglasses From Abreu cell DOOR / cell box, Remove the cell shioes And to TERMINATE the Special suits, orders to TERMINATE The Deprivations AND TERMINATE The Restrained orders, To TERMINATE The Special Placards / signs, Placed Front Abreu cell.

C> Issue on Injunction ORDERing The Defendants or their Agents their Successors in office; Employees. and all other Persons Acting In Concern and Participation with Them

1> Provide Abreu with his Eye glasses with SV. Trays lens.

2> Provide. Abreu with his Medical boots

3> Provide Abreu with his Back brace,

4> Provide Abreu with a colonoscopy,

5> Provide Abreu with a Hand Surgery for his Carpal tunnel

6> Provide Abreu with Proper Physical Therapy And Proper Pain Medications

7> Provide Abreu with his Lipitor Claritin Medications, And his Nasal sprays

8> Provide Abreu with his Mental Health Medications

9> Provide Abreu with all necessary And Proper And adequate Mental Health Services, Programs And Treatments

10> Provide Abreu with all Proper And adequate Medical And Mental Health Examinations, And Evaluations by specialists

11> And (A) ordering That Legal Copies Be Provided Abreu (B) Spanish Stations Be Placed in The SHU Radio Hue (C) And The Hot Water for Abreu Kosher meals Be Provided for The Decendents (D) including all Spanish materials of the which Abreu is Intitled To Receive in The SHU.

D> Issue an injunction ordering That all Tickets Hearings, And Sentences by Expunged From Abreu Records Described in Complaint.

(E)   Issue on Injunction ordering to the Defendants provide Abreu with spanish Translations and Interprters in Hearings in Sick-call services, medical services, in Counseling services, in Mental Health services and Interviews, in grievances and complaints investigations and Interviews In Inspector General Office / Office of Investigations Interviews, in Therapy ect Such as Monbort and Required the U.S. Dept of Justice, the Civil Rights, the Agreements, and any others Rights and laws.

(F)   Issue on Injunction ordering to the Defendants to Return Abreu all and Each of his magazines and newspapers. Be this Regular or porn or nude Mags.

(G)   Issue on Injunction ordering to the Defendants to pay all Abreu, Damages Personal Properties legal materials, and missing or loss or destroyed Personal Properties or belonging items Mode by the Defendants, without Abreu permit / consents

(H)   Issue on Injunction ordering to the Defendants to Repair, and Fix Immediately Abreu Cell water from his Cell Sink.

(I)   Issue on Injunction ordering to the Defendants to provide Abreu with long Johns top/bottom in the SHU for to fight the cold conditions in the SHU cell, the which is extremelly cold.

(J)   Issue on Injunction ordering to the Defendants to stop the violations of the kosher meals in the MHU obs. cell to provide hot waters to the MHU obs cells and stop/cease the inappropriate strip searches, in the MHU obs cells and in SHU.

#(101)

(K)   Issue on Injunction ordering the Defendants
to provide Abreu protections from those
who are trying to assault him or /and
of those who has already assaulted him
and sexually harassed Abreu. And
protections to his personal properties
legal materials legal books and belonging
properties, the which they has access.

(L)   Issue on Injunction ordering the Defendants
Annucci, Lempke, Chief Inspector General ect.,
to file charges /criminal charges against
those stooff who assaulted Abreu with hot
waters burned part of his body, and
those who allowed to this stooff to do so.

(M)   Issue on Injunction finding the policy
and directive about Inmate Exposure
Control and special suits to be unconsti-
tutional and discriminatory To Those
/Offender/Inmates who wear the suits to suffer
serious humilliations and serious threats to
their security, safety and wellbeing, including
to the Inmates family and loved one who
came to visit to they, and will suffer reprisals.
and humiliate, to our own family the which
Don't have nothing to do with the Prison system
such as for to pay that unnecessaries humilliations
or danger that provoke the special suits in
those Inmates such as Abreu who wear it
involuntarilly, and forcelly, against he desire/wish.

(N)   moreover the special suit/exposure suit clearly
violate also the constitution under the theory of the
Rights to privacy because prisoners are constituti-
entitled to privacy, because prisoners may not be put
on display for the entertainment of the public or prison
officials. See eg Lauro v. Charles 219 F. 3d 202, 203 /2d cir
2000>; Demery v. Arpaio 378 F.3d 1020 1029-39 (9th cir 2004)
Anderson v. Romero 72 F. 3d 518 (1995) and cases cited.
#(102)



VERIFICATIONS

STATE OF NEW YORK )
COUNTY OF ERIE        ) SS.:

CARLOS ABREU , being, DULY SWORN, says:

I am The plaintiff above named; I Have
Read The foregoing Complaint against each
Defendants stated in The Complaint and
Claims. AND KNOW its Contents; The
Same is TRUE TO MY Knowledge, except
as TO The matter THEREIN stated TO be
alleged on INFORMATION and belief, and
as to those matter, I believe it to
be True

Dated: 3/15/2015
ERIE COUNTY N.YS.

CARLOS ABREU
WENDE CORR, FAC.

SWORN TO before
ME THIS 15
Day OK March 2015
NOTARY PUBLIC

BENJAMIN A WILSON
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01WI6298376
COMM. EXP.    3-10-15

# (104)

(O)   AWARD COMPENSATORY DAMAGES AND ORDER DEFENDANTS TO PAY COMPENSATORY DAMAGES TO PLAINTIFF ABREU

AWARD PUNITIVE DAMAGES AND ORDER DEFENDANTS TO PAY PUNITIVE DAMAGES TO PLAINTIFF ABREU

" —OR—
ALTERNATIVELLY "

(P) *> AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS

1> $ 25,000,000 (25 MILLONS OF DOLLORS) JOINTLY AND SEVERALLY AGAINST ALL THE DEFENDANTS

(Q)   *> AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS

1> $ 10,000,000 (10 MILLONS OF DOLLORS) JOINTLY AND SEVERALLY AGAINST ALL THE DEFENDANTS

(R) "GRANT SUCH OTHER RELIEF AS IT MAY OPPEOR THAT PLAINTIFF IS ENTITLED."

DATED : 3/15/2015.

CARLOS ABREU
# 99A3027
SHU-42-17 CELL
WENDE CORR FAC
WENDE RD P.O.
BOX 1187
Alden, N.Y 14004-1187

PURSUANT TO 28 U.S.C § 1746 I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
DATED 3/15/2015

# ( 103 )

URGENT

TO :   JASON  D.  EFFMAN
       ASSOCIATE  COMMISSIONER
       N  Y.S.  DOCCS  BUILDING  # 2
       1220  Washington  Avenue
       Albany  N. Y  12226. 2050


FROM.   CARLOS  ABREU
        # 99A3027
        SHu. 42. 14 cell
        WENDE  CORR  FAC.
        Wende  Rd  P.O  DOX  1187
        Alden,  N. Y  14004


DATE.   3/12/2015

RE:   The abuses continue / staff misconducts

Dear  MR.  EFFman.

ON  3/04/2015  you sent to the Inspector
general  Investigator  to  Investigate  My
Complaints  Regarding  Sexual  Horassment  From
Counselor  Skubis  AND  C.O  Hamilton  in the
SHu.  After of the Interview with I. G.
office / office of Investigations ( Investigator )
The SHu  SGT  Meora  to  Interview  me  also

(1,

Regarding the same issues, I.G. Investigator was still inside of the room when the Sgt Meoka go inside to interview me. About the same complaints.

Appox. 20 to 30 minuts I.G. Investigator Left, when I was inside of my cell the C.O. Hamilton in retaliations for the investigations against him and skubis go behind my cell wall where are placeds the connections of the sink and toicot, and knock and kicked my cell back wall and yelling me you will go see now mother-kucker, I will go kill you, fucking bitch and then alot of waters in a pressureing manner storting to coming out from my sink, the water has so many pressure that it touch the ceiling of my cell, and cell door, He keep it for severol minuts weting me, my bed, clothers, legal materials legal books (propertiery) after He left and walk front my cell door to look the damages He modes inside of my cell, He walking again

(2)

AND DID THE Same Things TO me, Now
WiTh HOT waTers. ON 3/5/2015 early
in The morning Opprox 6:30 Am To 7:30
Am while I was Sleeping and RestTing on
MY bed He DiD The Same Things, He CoNNecTed
The HoT waTers in High PresSure BurNed
Some PorTs Of MY body, FlooDED MY cell
AND Damages more MY PROPeRTies AND
ForCED TO slEEP ON WET TsoD Blakers
Sheets, Then when He SeRveD The Break.
- Fast. He gave me a Trays AND Cups
~~Food~~ FuLL OF WET TOileT Papers. (There
no was Foods in all ONly WeT Toilets
Popers)
The L.T. Kelnon, AND SHu Sgt mEORA
WERE Making RounDs in The SHu Oppox
30 minuTs ofTer The Breakfast, I RepoRT
The InCideNT TO They AND SHowed To They
The Cell all weT, ~~TsD~~ SHEETs Blaket Papers
Clothers ecT. They ONLY SMiled when They
Saw all This, including when I RepoRT TO
They about MY Foods Probleas of injuries
(3)

At lunch time the C.O Hamilton And
the C.O.S. Did the same again
not keep me any foods in all only
got toilet poopers, they smiled when I
open the tray full of toilet poopers.
approx. 6:00 pm The L.T Lucas And
Sgt. Hodges were making rounds in the
SHu I report the same incidents &
showed to they also proofs & invidences
that C.O Hamilton keep my cell waters
in High Pressure too And turned off
my cold waters so I connot Drink
waters. And showed to they the items
wet. too The Sgt Hodges get mob/angry
that I stopped to the L.T Lucas approx
10 to do minutes after the C.O Kevin
Rospbck walked Behind my cell ~~door~~
wall And calling me, eh Bitch, Suck.
my Dick eh Abreu kill yourself, you
will go Die, we will go kill Joll, Hamilton
And Sgt Hodges send you this. then a lot

(4)

OF **HOT** waters starting to coming out in high, high pressure burned my face, neck, chest, and arms in different parts, he continue doing so, over, and over all night, left and come, (back on forth) I screaming for help and yelling to him stop, stop, you are burned me with hot waters stop please, while I covered my self with my mots/blakot and mattress, I only heard him smiled aLot, calling me bitch Suck my Dick Die I yelled him you will go, go to Jail your have burned my skin and provoked injuries, He yell I don't care, I am ready to go to Jail.

It was denied of medical care, and I filed sick call reporting my injuries to nurse glory and reporting to she that c.o.s not was feeding foods. She come to see me front my cell on 3/06 /2015 in the morning along with c.o. Hamilton who make sign to she

Don't Report The Incident / My injuries
She Refused to Report This to the Supt,
OR Watch Commons / Captain OR DSS for
that photos can be take of My Injuries
She Refused to observe My Chest Neck
& Face, alleges that she cannot to see
me well due to the plexiglass placed front
my cell. She only allow me to show to
she one ARM. Via feedchute / Hatch, she
Refused to put me out of the cell for
Examinations And Refused to allow me
see a Doctor. This is very clear that
they are trying to cover up the incidents,
And my serious injuries They don't to
provide me nothing in all for the pains
on my skins. I showed to she Proofs
that the water continue in high pressure.
I need your help And I feel
my safety threated in while C.F. and
Supt Lempke, DSS Brown, SHU Sgt Neora,
Sgt Hodge, & L.T. Keenon & L.T. Lucos are
Supporting all this retaliations   And

16 ,

MISCONDUCTS OF C.O. HAMILTON , C O.
S.    AND THE OTHER C.O. against me
I HOPE you SENT TO I.G. IMMEDIATLY.

Thank you.
Sincerely

C/C: FILE

C/C: DOCCS COMMITSIONER ANACCI.
CC INSPECTOR general office

C/C MR BELLAMER DEPUTY COMMISSIONER
C/C: SUPT LEMPKE
C/C: DSS BROWN
C/C: N.YS. COMMISSION OF CORRECTION
C/C: F.B.I. IN BUFFALO N.K
C/C: US. DEPT OF JUSTICE

TO: DSP MS. CROWLEY
       VENDE C.F

FROM: CARLOS ABREV
          # 99A3007
          SHU - 42-17 CELL

DATE: 3/10/2015

RE: Legal copies in the Law Library

DEAR MS. CROWLEY:

I SENT TO THE LAW LIBRARY TWO MONILA ENVELOPES, FOR LEGAL COPIES THIS HAVE BEEN ALREADY, ONE ENTIRED MONTH AND I HAVE NOT YET RECEIVED ANY OF MY LEGAL COPIES. THE L.T. LUCAS RECOMMENDED ME TO WRITE TO YOU. HE ALLEGED THAT THE LAW LIBRARY HAS FOUR (4) MONILA ENVELOPES, WAITING THAT YOU APPROVE THE LEGAL COPIES. THE SGT CONNOCCS HAS IT FOUR MONILA ENVELOPES IN HIS POSITION.

1> MONILA ENVELOPE WAS SENTING TO THE LAW LIBRARY ON FEB/10/2015 FOR TIPING SERVICES AND SIX (6) LEGAL COPIES.

1> ANOTHER MONILA ENVELOPE WAS SENTING TO THE LAW LIBRARY WITH LEGAL DOCUMENTS INSIDE ON FEB/12-14/2015, I ASKED FOR ONE COPIES EACH PAPERS

1> ON OR ABOUT FEB/17/2015, OTHER MONILA ENVELOPE WITH LEGAL DOCUMENTS WAS SENTING TO THE LAW LIBRARY BY ME, I ASKED TWO COPIES EACH PAGES.

1> AND RECENTLY I HAVE SENTING OTHER MONILA ENVELOPE TO THE LAW LIBRARY ON 3/07/2015 WITH A COURT ORDER FROM THE CAYUGA SUPREME COURT
(1)

ORDERED That I serve copies upon the Attorney General office And The Defendants of The summons And Complaint And Documents Attacheds.

So, There is a total of Four Monila Enverpes in The low library The which I Don't Have yet Received Only Legal Copies. I Attach to Each Monila Enverope, And Odvonce Request form. Plus a letter. form Explained The needs of Each copies. in my Request for legal copies There are Deod line, And Statutes of Limitations.

Please Be Odviced That if I Missing Ony of my Deodlines And Statutes of Limita- -tions you will be Liobse of all this.

Responsibes (1) you. (2) ADSP Hill (3) Sgt Conducct (L.L.Supv.) (4) C.O. Wilson L.L. Officer And (5) Supt Lempke. The which I Have odviced of The problems with The Copies.

Thank you

Carlos Abrev
# 99A3327
Up de of Shu
3/10/2015.

TO: Copy:
D/C: file

C/C: Judge Bender
     Pindco Supreme Court

dc: Judge. Mork H. Fondrich.
    Catuga supreme Court

c/c: Court of Claim Clerks/supreme Court of Albani Clerks

     Federol Judge Siragusa Westen Distrit Court.
     ( 2 )

TO: Doccs Commissioner Annucci
N.Y.S. Doccs Building # 2
1220 Washington Avenue
Albany  N.Y  12226

From: Carlos Abreu
#  99AJ027
Wende C.F
SHu. 42-17 cell
Wende Rd, P.O. Box 1187
Alden,  N.Y  14004-1187

Date:  3/10/2015

Re: Continue Problems with The Legal Copies

Dear Commissioner Annucci:

This is My Four Letter That I sent you
Regarding my Legal Copies, The Low Library
Sgt/ Supervisor Mr Connolly, Continue Keeping
my Legal Documents in the Low Library for
an Intired Month. Refused or Failed to
Provide me my Legal Copies or Refused to
Return me back my Legal Documents. For That
You Can to understand well The Problems I
Will go again to explain the issues/matters.

On 3/10/2015 I Sent To The Low Library
a Documents (Legal Documents Required Tiping services
of an appellant's Brief And Six Copies.

On 2/14/2015 I Sent a Monila Envolope with
Legal Documents inside to The Low Library with
an Attached advance Request form Required one
Copy each Poges.

On 2/17/2015 I Sent another Monila Envolope —

(1)

With more legal documents asked and required two copies each pages, I also attached an advance request form such as require Doccs Directive 4483, and facility policy Situ form and L.L form the maximum that this will take for to cloor or be approved by the DSP ms. Crouley are five (5) business days. All my 3 manila envolopes with legal documents inside has been confiscated by the L.L Sgt/Supervisor Connolly, without any authorizations by Doccs central office authorities or counsel office, the Sgt Connolly is doing all this with the only purpose of horassment retaliations abuse of authority to denial me access to the courts, interrering with my cases, and for onnoy me

Recently on 3/6/2015 the Cayuga supreme court judge Mark H. Fondrigh, sent me a court order ordered me serve copies of the complaint summons and exhibits attached upon each defendants and upon the attorney general office, I gave the court order and all legal papers/documents that the judge/ the court sent me for make the copies to the Low library's officer Mr. Wilson on 3/09/2015 seven (7) days has passed already and I have not yet recived any of my legal copies I believe the Sgt. Connolly has also confiscated this legal documents and court order too.

So, now they has four manila envolopes full of legal documents, 3 from February 2015 and one now from March 2015, all this confis-cations are unconstitutional and violate Doccs own Directives policy of regulations. I have legal deadlines and statutes of limitations, in such legal documents.

I have spoked alot of time for on entired me

(2,

TO THE SHU SUPERVISOR, SGT GREGOIRE, TO
THE SHU WATCH COMMAND L.T. LUCAS, AND
L.T. SOWA AND SGT MEORA. THEY TOLD ME
THAT THEY DON'T WANT BE INVOLVED IN THIS PROBLEMS.
THAT THIS ARE PROBLEMS BETWEEN SGT CONNOLLY AND
ME

I HAVE WRITTEN LETTERS TO THE SUPERINTENDENT
LEMPKE AND DEPUTY SUPERINTENDENT FOR PROGRAM
MS. CROWLEY AND HIS ASSISTANT MR HILL, FOR.
ON INTIRED MONTH- ASKED TO THEY FOR MY LEGAL
DOCUMENTS AND REPORTING SGT. CONNOLLY, AND
C.O. WILSON MISCONDUCTS AGAINST ME AND MY
LEGAL PAPERS, BUT THE SUPT. DEPS. AND HIS
ASSISTANT, HAS FAILED AND REFUSED TO
ANSWER OR RESPOND TO MY LETTERS OR
COMPLAINT, THE WHICH VIOLATE ALSO DOCCS
OWN DIRECTIVE, ABOUT CORRESPONDENCES.

I HAVE WRITTEN DAILY TO THE LAW LIBRARY CLERK
AND SGT CONNOLLY ASKED TO HIM FOR MY
LEGAL DOCUMENTS AND ASKED AND REQUIRED TO
HIM TO RETURN ME BACK ALL AND EACH OF MY
LEGAL DOCUMENTS OF THE MONTH OF FEB/ 2015 (
3 MONICA INVOLPER FULL OF LEGAL DOCUMENTS)
HE AND THE CLERK HAS REFUSED TO DO, SO AND
HAS REFUSED INTENTIONALLY TO RESPOND, OR
ANSWER TO ANY OF MY LETTERS, VIA LAW-
-LIBRARY OR VIA MAIL.

THE LAW LIBRARY OFFICERS TOLD ME THAT SGT.
CONNOLLY HAS THE FOUR MONICA INVOLVES WITH
MY LEGAL PAPERS, INSIDE OF HIS PERSONAL LOCK, &
THAT HE HAS PROHIBITED THAT THE LEGAL DOCUMENTS
BE RETURNED BACK TO ME THEY ALLEGED ME, THAT
HE IS MAD/ANGRY, OR UPSET THAT I HAVE WRITTEN
MULTIPLY GRIEVANCE COMPLAINTS AGAINST HIM, AND
THE LAW LIBRARY THAT NOW I AM RECEIVED RETALIATIONS
THAT HE DON'T CARE WHAT ALBANY SAY THAT HE NEED
ONLY TO DENIAL MY ALLEGATIONS AND ALBANY BELIEVE IN
HIM, ALSO THIS OFFICER THAT THERE IS A CONSPIRANCY
(3)

IN THE FACILITY LEVEE by SUPT Lempke DSP Crowcey AND ADSO Hill, along with Sgt. Connolly, OF Confiscated all and lock off my legal Documents of The white I Request Copies; all this without Albany approve or authorizations.

I Don't know, who this people here tell to you or to your story when you call here about Investigate my Complaints but there are not no Excuses in all for Keep my legal Documents for on Intired Month, and after Continue Confiscated all other Documents even with a Court Order or even I Explained to they that I have a legal dead line and that The Statutes on Limitations for File on article 78 on Court of Claims Continue Running.

They Has Confiscated all of each of my Exhibits for my Article 78 Regarding Tier III Hearings Confiscated all of each of my Exhibits about my Claims. ect There are not Reasons for to do so, or for to interfering with my Rights of access to Courts. also The Denial of Return my own legal papers in I Change of mind and no want the legal copies is completly wrong, and unconstitutional and the SHU Sgts of L.T.J. alleged that They Don't want to be involved in this problens. show to you the Conspironcy, That They know what is going on, but They don't want to me., This is unbelieve that only one Sgt/Sgt Connolly can Control and manipulate all a Facility to his superiored, to High officials to the Entired Administration, and to Docts in Albany. How much more time I need to wait for get my legal papers back other month? Two month? 3 Month? one year? File a § 1983 in Federal Court Reported all this abuses of retaliations? Please Let me know what I supposed in this serious Problems in where

(41)

Please send immediately to the Inspector General Investigator who can come here to handle CF to investigate Sgt Connolly misconducts against me and C.O. Wilson misconducts. I believe this is the best that you can to do in this moment, because continue called to this administration or forward to they my letters for investigations, and answers only they will go continue lied to you, and trying to cover up the misconducts or conspiracy or retaliations or harassments against me. The counsel office appeal also don't have any control of the law library here and of staff misconducts and this is possible that they also are lied to him provided false or fabricate, or manipulate responses, answer or investigations. The best in this point is you send to handle CF a fair IG officer/ office of investigations investigator and stop immediately the staff misconducts about the law library and my legal documents and against me.

I hope that you can resolve all this matters and problems in this time, as soon as possible.

Thank you.

Respectfully submitted

Carlos Color
(Carlos Si Angera 1008)

Wende C.F
SHU 42-17 C011

C/C: N.Y.S. Commissioner of
Correction and
N.Y.S. Governor Cuomo.
U.S. Dept of Justice
Office of Civil Rights
and U.S. President Mr Obama
(White House.
- File            (5)



125 Broad Street
New York, NY 10004
212.607.3300
212.607.3318
www.nyclu.org

**CONFIDENTIAL LEGAL MAIL**
**TO BE INSPECTED ONLY IN THE PRESENCE OF THE PRISONER**

April 22, 2014

Carlos Abreu
DIN 99A3027
Auburn Correctional Facility
PO box 618
Auburn, New York 13024

Dear Mr. Abreu,

Thank you for contacting the New York Civil Liberties Union concerning your current situation and the denial of medical treatment, due process, access to records and other services while in the SHU. Unfortunately we are unable to take on your individual case since we have a limited staff. However we are enclosing a list of Prisoners Rights organizations that we suggest you contact for help as well as a list of Administrative Remedies that may pursue.

You are also receiving this letter because you are a potential class member in a federal lawsuit, *Peoples et al. v. Fischer et al.*, 11 Civ. 2694 (SAS) in the Southern District Court of New York and have contacted the New York Civil Liberties Union ("NYCLU") or the law firm of Morrison & Foerster requesting legal assistance related to the Special Housing Units ("SHUs") operated by the New York State Department of Corrections and Community Supervision ("DOCCS"). This letter is intended to inform you of what the litigation does *and does not* do, to update you about recent developments in the *Peoples* litigation, and to inform you about how to communicate with the plaintiffs' lawyers about the SHU reform process now underway.

## THE STIPULATION AGREEMENT REACHED IN *PEOPLES V. FISCHER*

The NYCLU and the law firm of Morrison & Foerster represent three plaintiffs in the *Peoples* lawsuit against DOCCS officials. The lawsuit challenges DOCCS' policies and practices regarding SHUs. The goal of the lawsuit is to reform SHU policies, specifically those regarding who is placed in SHU, for how long, and under what conditions.

For the last ten months, the plaintiffs' attorneys and DOCCS have conducted settlement negotiations about reforms to the disciplinary SHU system. On Wednesday, February 19, 2014, the parties filed court papers, a "Stipulation." The Stipulation is an agreement to put the lawsuit on hold for two years while DOCCS will undertake initial reforms to SHU policies and conditions.

The New York Affiliate of the American Civil Liberties Union | Jonathan Horn, President | Donna Lieberman, Executive Director

CONFIDENTIAL LEGAL MAIL

During this time, two experts will issue recommendations for further reforms throughout the entire SHU system. A description of the actions to be undertaken is included in the enclosed press release.

If the process is successful, we expect to enter into a final settlement agreement by the end of the two-year period. If the process is not successful, we will go back to court.

### THE LITIGATION DOES NOT PROTECT ALL YOUR LEGAL RIGHTS

The lawsuit is a potential, or "putative," class action. A class action permits individual plaintiffs to represent a group, or "class," of people who share an interest in a particular legal dispute. In this case, the three individuals who filed this lawsuit asked to represent all prisoners currently in DOCCS's custody as members of a class.

However, the plaintiffs in a putative class action are not permitted to represent the members of the class until a court grants the plaintiffs' motion to proceed as a class action, which is called "certifying" the class. In this case, the plaintiffs agreed to the Stipulation before any motion for class certification was filed, so no class action of any kind has been approved by the court at this time and the plaintiffs and their counsel do not represent you.

If the reform process fails and the parties end up back in court, the plaintiffs expect at some future date to file a motion to certify the class. If the court were then to grant approval and certify the lawsuit as a class action based upon the class definition currently proposed by the plaintiffs, all prisoners currently in DOCCS' custody would be class members. The plaintiffs seek only policy changes on behalf of proposed class members. The plaintiffs do not seek any money damages on behalf of proposed class members. Even if this case eventually moves forward as a class action, class members who believe they are entitled to receive money damages for their treatment in SHU would have to file an individual lawsuit to obtain damages.

While the reforms plaintiffs are hoping to achieve through the reform process would benefit all DOCCS prisoners if the process is successful, it is important for you to understand that no class action has been certified in this case at this time.

If you believe that your rights have been violated with regard to a SHU placement, you should seek independent legal advice. You should know that the Prison Litigation Reform Act requires prisoners to exhaust all available administrative remedies before filing a federal lawsuit. Enclosed is a fact sheet that describes the process of filing a grievance and a disciplinary appeal. Failure to exhaust administrative remedies may result in you permanently forfeiting important legal rights. The currently pending litigation does not preserve all your rights and it does not modify the administrative remedies discussed in the enclosed fact sheet.

### CORRESPONDING WITH THE PLAINTIFFS' LAWYERS ABOUT THE REFORM PROCESS

CONFIDENTIAL LEGAL MAIL

As the reform process continues, the NYCLU and Morrison & Foerster benefit tremendously from hearing from current prisoners about their SHU sanctions or SHU conditions of confinement. We are also interested in hearing from individuals who have had recent experience with any process that has involved a review of SHU sanctions and the consideration of time cuts. Receiving letters from you helps us stay informed and better understand what is actually happening on the inside. We constantly review this correspondence and use it to inform our understanding of what is going on inside the facilities.

If you would like to send us letters, copies of misbehavior reports, dispositions imposing SHU sanctions, grievances, appeals, or any other documents, we encourage you to do so and we welcome your correspondence, but please keep the following in mind:

- Even if you send us your documents, we are not agreeing to assist you with any individual legal claims and you remain solely responsible for seeking independent legal advice and for protecting your own legal rights;

- Please do not send us originals or copies that you need to be returned to you, because we will not be able to return them;

- Given the volume of mail that we are currently receiving, we will not be able to respond individually to each letter we receive.

- Please write "*Peoples* case" on your envelope.

We are, however, reading and reviewing your correspondence and it is extremely valuable in informing our work. We will write you periodically whenever we have a public update that we can share with you about the reform process.

Finally, you should know that the reform process is being watched nationally, and that many people across the country are thinking about and supporting reforms to SHU for all prisoners in DOCCS.

Sincerely,

Legal Intake Committee

Legal Intake Committee
New York Civil Liberties Union

### VI. Sample Grievance

Any disciplinary appeal or grievance you file must reflect true and accurate facts about your particular situation, for example:

- If you are filing a grievance about the **length of a SHU sanction**, you may want to follow the language for the disciplinary appeal, on page 5 above.

- If you are complaining about the **conditions of confinement** in SHU, you may want to include language like the following:

> "I am grieving the severely harmful conditions in SHU at [NAME OF CORRECTIONAL FACILITY]. Confining a human being in an isolation cell with little or no human contact or other stimulation is mentally and physically damaging, and violates my rights under New York law, the United States Constitution (including the Eighth Amendment and Fourteenth Amendment), and human rights treaties. I request that DOCCS take immediate action to alter the severe conditions of confinement in SHU, including permitting me more out of cell time and more human contact, more visitation, and more programming and recreation with other prisoners."

- If you are complaining about being **double-celled** in SHU, you may want to include language like the following:

> "I am grieving the fact that I have been double-celled with another prisoner in the SHU at [NAME OF CORRECTIONAL FACILITY]. Confining two people to a SHU cell and recreation pen that they are locked in 24 hours a day, with no meaningful programs or other opportunities to leave the cell, and no privacy for defecating or showering, violates my rights under New York law, the United States Constitution (including the Eighth Amendment and Fourteenth Amendment), and human rights treaties. I request that DOCCS stop double-celling prisoners, including me, in the SHU."

PRIVILEGED AND CONFIDENTIAL

## V. Sample Disciplinary Appeal

Any appeal you file must reflect true and accurate facts about your particular situation. Below is a sample form letter that you may want to consider as a model when filing your appeal.

Dear Acting Commissioner Annucci:

I am hereby appealing from a determination of the following Superintendent's hearing:

Hearing held at [NAME OF CORRECTIONAL FACILITY]_____
Date of Disposition:_____
Date of Incident:_____
Disposition Received:_____

In accordance with Section 254.8 of Title 7 NYCRR, I request that you review and reverse my Superintendent's Hearing.

The SHU sentence that I received violates my rights under New York law, the United States Constitution, and human rights treaties.

The following procedural violations occurred during my hearing: [List all the procedural violations that you believe happened during your hearing. If applicable, include language like the following that emphasizes the severity of your SHU sentence]

My SHU sentence places me on 23 hour lock-down without meaningful programs or recreation, even though I do not pose any threat to the safety of other prisoners or correctional staff. This SHU sentence is disproportionate to the rule violations that I was charged with. I request an immediate transfer out of the SHU and a return to general population. I further request that DOCCS stop sentencing prisoners, including me, to the SHU for disciplinary purposes.

[NOTE: If you are seeking programming and treatment rather than just punishment, you may want to request that programming. For example, if you received a drug-related disciplinary ticket (e.g. dirty urine) and you want access to substance abuse treatment, you may want your appeal to include a description of the type of treatment you seek and explain that a SHU sentence prevents you from obtaining adequate treatment and avoiding future drug-related disciplinary infractions. Or if you need mental health counseling, you can request that.]

Please notify me of your decision.

Sincerely,
[YOUR NAME]
[DIN #]
[COMPLETE FACILITY ADDRESS]